✓FILED ___LODGED

___RECEIVED___COPY

2016 MAR -9 P 4: 39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR16 - 478 TUC Rm(LAB)

1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   Angela W. Woolridge
3  Assistant U.S. Attorney
   Arizona State Bar No. 022079
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone:  520-620-7300
6  Email: angela.woolridge@usdoj.gov
   Attorneys for Plaintiff

7

8                IN THE UNITED STATES DISTRICT COURT

9                   FOR THE DISTRICT OF ARIZONA

10 United States of America,          |  I N D I C T M E N T
                                      |
11              Plaintiff,            |
                                      |  Violations:
12         vs.                        |
                                      |  18 U.S.C. § 2(a)
13 (1) Edgar Vega-Barreras            |  (Aiding and Abetting the Commission of
   Count 59;                          |  an Offense)
14 (2) Rigoberto Padilla, Jr.,        |  Counts 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 14,
   Counts 14, 15, 16, 17, 18, 19, 20, 21, 22,  |  15, 17, 18, 19, 20, 21, 23, 24, 26, 27, 28,
15 23, 24, 26, 27, 28, 30, 31, 33, 35, 36, 37, |  30, 31, 33, 35, 36, 37, 39, 41, 43
   39, 41, 43, 59;                    |
16 (3) Isaac Leonardo Padilla         |  18 U.S.C. § 371
   Counts 14, 17, 18, 20, 21, 37, 44, 59;  |  (Conspiracy)
17 (4) Karen Lizbeth Padilla          |  Count 59
   Counts 25, 26, 59;                 |
18 (5) Leslie Marlene Padilla         |  18 USC § 554(a); 22 USC § 2778; 22
   Counts 29, 30, 32, 33, 34, 35, 38, 39, 40, |  CFR §§ 121.1 and 123.1
19 41, 42, 43, 59;                    |  (Smuggling Goods From the United
   (6) Christian Alexis Padilla       |  States)
20 Counts 27, 31, 36, 37, 59;         |  Counts 13, 48, 49, 52, 53, 55, 56, 57
   (7) Briana E. Moreno-Aguilar       |
21 Counts 15, 19, 23, 24, 28, 59;     |  18 U.S.C. §§ 922(a)(1)(A) &
   (8) Emilio Navarro                 |  924(a)(1)(D)
22 Counts 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 59; |  (Engaging in the Business of Dealing
   (9) Erik Bartholomew Salazar       |  Firearms Without a License)
23 Count 1, 59;                       |  Counts 12, 58
   (10) Gabriella Victoria Gonzalez   |
24 Counts 8, 59;                      |  18 U.S.C. §§ 922(a)(6) and 924(a)(2)
   (11) Diana Marie Arreola           |  (False Statements in Connection with
25 Counts 54, 55, 59;                 |  Acquisition of Firearm)
   (12) Melchor Enrique Urquides-Tapia |  Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 14,
26 Counts 47, 48, 59;                 |  15, 17, 18, 19, 20, 21, 23, 24, 26, 27, 28,
   (13) Javier David Bustamante-Gaytan |  30, 31, 33, 35, 36, 37, 39, 41, 43
27 Counts 45, 48, 59;                 |
   (14) Abraham Bustamante            |  18 U.S.C. §§ 922(d)(5)(A) and 924(a)(2)
28 Counts 46, 48, 59;                 |  (Sell or Disposition of Ammunition to
   (15) Luis Fidel Garcia             |  Illegal Alien)
   Counts 49, 50, 51, 59;             |  Count 46

(16) Alvaro Rubio Beltran
Counts 13, 59;
(17) Andrei Rene Garcia
Counts 49, 59;
(18) Irvying Mendoza-Gonzalez
Counts 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 59;
(19) Jessica Bridget Soto
Counts 52, 53, 59;
(20) Jose Alonso Verdugo-Bernal
Count 59;
(21) Jorge Acosta-Licerio
Counts 56, 57, 58, 59;

Defendants.

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
(Possession of Firearms by Convicted
Felon)
Counts 16, 22, 54

18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2)
(Possession of Ammunition by Illegal
Alien)
Count 45

18 U.S.C. §§ 922(g)(5)(B) and 924(a)(2)
(Possession of Ammunition by Non-
Immigrant Alien)
Count 47

18 U.S.C. § 924(a)(1)(A)
(False Statement in Record of Federal
Firearms Licensee)
Count 25, 29, 32, 34, 38, 40, 42

18 U.S.C. § 1001(a)(2)
(False Statements)
Counts 44, 50, 51

18 U.S.C. § 924(d); 18 U.S.C. §
981(a)(1)(C); and 28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about March 21, 2015, at or near Glendale, in the District of Arizona, ERIK BARTHOLOMEW SALAZAR, in connection with the acquisition of a firearm, that is; one Romarm model Draco 7.62x39mm semiautomatic pistol, serial number DA258814; from J&G II Inc. dba J&G Sales Ltd., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to J&G II Inc. dba J&G Sales Ltd., which statement was intended to deceive J&G II Inc. dba J&G Sales Ltd. as to a fact material to the lawfulness of such sale of the said firearm to ERIK BARTHOLOMEW SALAZAR under Chapter 44, Title 18, United States Code; in that ERIK BARTHOLOMEW SALAZAR stated that he was the actual transferee/buyer of said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 2**

On or about April 7, 2015, at or near Phoenix, in the District of Arizona, EMILIO NAVARRO and IRVYING MENDOZA-GONZALEZ, in connection with the acquisition of a firearm, that is; one Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-21076-14; from AZESB LLC dba Mo Money Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to AZESB LLC dba Mo Money Pawn Shop, which statement was intended to deceive AZESB LLC dba Mo Money Pawn Shop as to a fact material to the lawfulness of such sale of the said firearm to EMILIO NAVARRO under Chapter 44, Title 18, United States Code; in that EMILIO NAVARRO stated that he was the actual transferee/buyer of said firearm; and IRVYING MENDOZA-GONZALEZ aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

**COUNT 3**

On or about May 7, 2015, at or near Phoenix, in the District of Arizona, EMILIO NAVARRO and IRVYING MENDOZA-GONZALEZ, in connection with the acquisition of firearms, that is; one Petronov Armament model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000482; and one Petronov Armament model AAM-47UF 7.62x39mm semiautomatic rifle, serial number AA000055; from Lancaster Armory LLC dba Petronov Armament/Phoenix Arsenal, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Lancaster Armory LLC dba Petronov Armament/Phoenix Arsenal, which statement was intended to deceive Lancaster Armory LLC dba Petronov Armament/Phoenix Arsenal as to a fact material to the lawfulness of such sale of the said firearms to EMILIO NAVARRO under Chapter 44, Title 18, United States Code; in that EMILIO NAVARRO stated that he was the actual transferee/buyer of said firearms; and IRVYING MENDOZA-GONZALEZ aided, abetted, counseled,

1    commanded, induced, and procured such false and fictitious statement; in violation of

2    Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

3    **COUNT 4**

4    On or about May 7, 2015, at or near Phoenix, in the District of Arizona, EMILIO

5    NAVARRO and IRVYING MENDOZA-GONZALEZ, in connection with the

6    acquisition of a firearm, that is; one Century Arms model M70 AB2 7.62x39mm

7    semiautomatic rifle, serial number AB206970; from North Phoenix Lending Inc. dba

8    North Phoenix Pawn, a licensed dealer of firearms within the meaning of Chapter 44,

9    Title 18, United States Code; did knowingly make a false and fictitious written statement

10    to North Phoenix Lending Inc. dba North Phoenix Pawn, which statement was intended

11    to deceive North Phoenix Lending Inc. dba North Phoenix Pawn as to a fact material to

12    the lawfulness of such sale of the said firearm to EMILIO NAVARRO under Chapter 44,

13    Title 18, United States Code; in that EMILIO NAVARRO stated that he was the actual

14    transferee/buyer of said firearm; and IRVYING MENDOZA-GONZALEZ aided,

15    abetted, counseled, commanded, induced, and procured such false and fictitious

16    statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and

17    924(a)(2).

18    **COUNT 5**

19    On or about May 19, 2015, at or near Phoenix, in the District of Arizona, EMILIO

20    NAVARRO and IRVYING MENDOZA-GONZALEZ, in connection with the

21    acquisition of firearms, that is; one Romarm model WASR-10 7.62x39mm

22    semiautomatic rifle, serial number A1-6258-13; and one Romarm model WASR-10

23    7.62x39mm semiautomatic rifle, serial number 1-27919-2001; from Legendary Sales Inc.

24    dba Legendary Guns, a licensed dealer of firearms within the meaning of Chapter 44,

25    Title 18, United States Code; did knowingly make a false and fictitious written statement

26    to Legendary Sales Inc. dba Legendary Guns, which statement was intended to deceive

27    Legendary Sales Inc. dba Legendary Guns as to a fact material to the lawfulness of such

28    sale of the said firearms to EMILIO NAVARRO under Chapter 44, Title 18, United

States Code; in that EMILIO NAVARRO stated that he was the actual transferee/buyer of said firearms; and IRVYING MENDOZA-GONZALEZ aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 6

On or about May 19, 2015, at or near Phoenix, in the District of Arizona, EMILIO NAVARRO and IRVYING MENDOZA-GONZALEZ, in connection with the acquisition of a firearm, that is; one Century Arms model Centurion 39 Sporter 7.62x39mm semiautomatic rifle, serial number C39WM-005198; from S.W.A.T. Training Facilities LLC dba Shooter's World, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to S.W.A.T. Training Facilities LLC dba Shooter's World, which statement was intended to deceive S.W.A.T. Training Facilities LLC dba Shooter's World as to a fact material to the lawfulness of such sale of the said firearm to EMILIO NAVARRO under Chapter 44, Title 18, United States Code; in that EMILIO NAVARRO stated that he was the actual transferee/buyer of said firearm; and IRVYING MENDOZA-GONZALEZ aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 7

On or about May 19, 2015, at or near Phoenix, in the District of Arizona, EMILIO NAVARRO and IRVYING MENDOZA-GONZALEZ, in connection with the acquisition of a firearm, that is; one Childers Guns (Kalashnicohn) model CG-1 7.62x39mm semiautomatic rifle, serial number AM00426; from Illumi-Star LLC dba Tracy Gun Sales, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Illumi-Star LLC dba Tracy Gun Sales, which statement was intended to deceive Illumi-Star LLC dba Tracy Gun Sales as to a fact material to the lawfulness of such sale of the

1  said firearm to EMILIO NAVARRO under Chapter 44, Title 18, United States Code; in

2  that EMILIO NAVARRO stated that he was the actual transferee/buyer of said firearm;

3  and IRVYING MENDOZA-GONZALEZ aided, abetted, counseled, commanded,

4  induced, and procured such false and fictitious statement; in violation of Title 18, United

5  States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

6  ### COUNT 8

7  On or about May 20, 2015, at or near Phoenix, in the District of Arizona,

8  GABRIELLA VICTORIA GONZALEZ, in connection with the acquisition of firearms,

9  that is; one Century Arms model VZ2008 Sporter 7.62x39mm semiautomatic rifle, serial

10  number VZ08PM-013585; and one Century Arms model VZ2008 Sporter 7.62x39mm

11  semiautomatic rifle, serial number VZ08PM-013998; from Murphy, Veerachart dba

12  Ammo AZ, a licensed dealer of firearms within the meaning of Chapter 44, Title 18,

13  United States Code; did knowingly make a false and fictitious written statement to

14  Murphy, Veerachart dba Ammo AZ, which statement was intended to deceive Murphy,

15  Veerachart dba Ammo AZ as to a fact material to the lawfulness of such sale of the said

16  firearms to GABRIELLA VICTORIA GONZALEZ under Chapter 44, Title 18, United

17  States Code; in that GABRIELLA VICTORIA GONZALEZ stated that she was the

18  actual transferee/buyer of said firearms; in violation of Title 18, United States Code,

19  Sections 922(a)(6) and 924(a)(2).

20  ### COUNT 9

21  On or about May 21, 2015, at or near Phoenix, in the District of Arizona, EMILIO

22  NAVARRO and IRVYING MENDOZA-GONZALEZ, in connection with the

23  acquisition of a firearm, that is; one Barrett model 82A1 .50 BMG semiautomatic rifle,

24  serial number AA003862; from Lancaster Armory LLC dba Petronov Armament/Phoenix

25  Arsenal, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United

26  States Code; did knowingly make a false and fictitious written statement to Lancaster

27  Armory LLC dba Petronov Armament/Phoenix Arsenal, which statement was intended to

28  deceive Lancaster Armory LLC dba Petronov Armament/Phoenix Arsenal as to a fact

1    material to the lawfulness of such sale of the said firearm to EMILIO NAVARRO under

2    Chapter 44, Title 18, United States Code; in that EMILIO NAVARRO stated that he was

3    the actual transferee/buyer of said firearm; and IRVYING MENDOZA-GONZALEZ

4    aided, abetted, counseled, commanded, induced, and procured such false and fictitious

5    statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and

6    924(a)(2).

7                                              **COUNT 10**

8          On or about June 2, 2015, at or near Phoenix, in the District of Arizona, EMILIO

9    NAVARRO and IRVYING MENDOZA-GONZALEZ, in connection with the

10   acquisition of firearms, that is; one Petronov Armament (Morrissey Inc.) model AAM-47

11   7.62x39mm semiautomatic rifle, serial number AA000175; one Petronov Armament

12   (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number

13   AA000355; and one Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm

14   semiautomatic rifle, serial number AA000491; from Lancaster Armory LLC dba

15   Petronov Armament/Phoenix Arsenal, a licensed dealer of firearms within the meaning of

16   Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious

17   written statement to Lancaster Armory LLC dba Petronov Armament/Phoenix Arsenal,

18   which statement was intended to deceive Lancaster Armory LLC dba Petronov

19   Armament/Phoenix Arsenal as to a fact material to the lawfulness of such sale of the said

20   firearms to EMILIO NAVARRO under Chapter 44, Title 18, United States Code; in that

21   EMILIO NAVARRO stated that he was the actual transferee/buyer of said firearms; and

22   IRVYING MENDOZA-GONZALEZ aided, abetted, counseled, commanded, induced,

23   and procured such false and fictitious statement; in violation of Title 18, United States

24   Code, Sections 2(a), 922(a)(6) and 924(a)(2).

25                                             **COUNT 11**

26         On or about June 3, 2015, at or near Phoenix, in the District of Arizona, EMILIO

27   NAVARRO and IRVYING MENDOZA-GONZALEZ, in connection with the

28   acquisition of firearms, that is; one Petronov Armament (Morrissey Inc.) model AAM-47

7.62x39mm semiautomatic rifle, serial number AA000170; one Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000177; and one Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000178; from Lancaster Armory LLC dba Petronov Armament/Phoenix Arsenal, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Lancaster Armory LLC dba Petronov Armament/Phoenix Arsenal, which statement was intended to deceive Lancaster Armory LLC dba Petronov Armament/Phoenix Arsenal as to a fact material to the lawfulness of such sale of the said firearms to EMILIO NAVARRO under Chapter 44, Title 18, United States Code; in that EMILIO NAVARRO stated that he was the actual transferee/buyer of said firearms; and IRVYING MENDOZA-GONZALEZ aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 12

From on or about April 17, 2015, to on or about June 3, 2015, at or near Phoenix, in the District of Arizona, EMILIO NAVARRO, not being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms; and IRVYING MENDOZA-GONZALEZ aided, abetted, counseled, commanded, induced, and procured such dealing in firearms without a license; in violation of Title 18, United States Code, Sections 2(a), 922(a)(1)(A) and 924(a)(1)(D).

## COUNT 13

On or about June 3, 2015, at or near Mesa, in the District of Arizona, ALVARO RUBIO BELTRAN knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: one Spike's Tactical

model ST15 .223 REM semiautomatic rifle, serial number RM-20142; one Bushmaster model Carbon 15 .223 REM semiautomatic rifle, serial number CBC011454; one Bushmaster model Carbon 15 .223 REM semiautomatic rifle, serial number BK3008322; one DPMS model A15 .223 REM semiautomatic rifle, serial number FH222682; one Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-6258-13; one Century Arms VZ2008 Sporter 7.62x39mm semiautomatic rifle, serial number VZ08PM-013585; one Zastava model N-PAP DF 7.62x39mm semiautomatic rifle, serial number NPDF000292; one Century Arms model Centurion 39 Sporter 7.62x39mm semiautomatic rifle, serial number C39WM-005198; one Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number 1-27919-2001; one Century Arms model VZ2008 Sporter 7.62x39mm semiautomatic rifle, serial number VZ08PM-013998; one Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000170; one Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000175; one Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000177; one Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000178; one Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000355; one Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000491; one Childers Guns (Kalashnicohn) model CG-1 7.62x39mm semiautomatic rifle, serial number AM00426; and one Barrett model 82A1 .50 BMG semiautomatic rifle, serial number AA003862; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

1

## COUNT 14

2      On or about August 17, 2015, at or near Tucson, in the District of Arizona, ISAAC
3  LEONARDO PADILLA and RIGOBERTO PADILLA, JR., in connection with the
4  acquisition of a firearm, that is; one Romarm model WASR-10 7.62x39mm
5  semiautomatic rifle, serial number A1-31069-14; from Second Amendment Sports Inc.
6  dba Second Amendment Sports, a licensed dealer of firearms within the meaning of
7  Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious
8  written statement to Second Amendment Sports Inc. dba Second Amendment Sports,
9  which statement was intended to deceive Second Amendment Sports Inc. dba Second
10  Amendment Sports as to a fact material to the lawfulness of such sale of the said firearm
11  to ISAAC LEONARDO PADILLA under Chapter 44, Title 18, United States Code; in
12  that ISAAC LEONARDO PADILLA stated that he was the actual transferee/buyer of
13  said firearm; and RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded,
14  induced, and procured such false and fictitious statement; in violation of Title 18, United
15  States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

16

## COUNT 15

17      On or about August 28, 2015, at or near Tucson, in the District of Arizona,
18  BRIANA E. MORENO-AGUILAR and RIGOBERTO PADILLA, JR., in connection
19  with the acquisition of firearms, that is; one Zastava model M70AB2 7.62x39mm
20  semiautomatic rifle, serial number AB2-C105663; and one Inter Ordnance Inc. model
21  Sportster AK47 7.62x39mm semiautomatic rifle, serial number S004305; from Semenko,
22  Wayne Anthony dba Smoke & Glory/SNG Tactical/SNG Arms, a licensed dealer of
23  firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly
24  make a false and fictitious written statement to Semenko, Wayne Anthony dba Smoke &
25  Glory/SNG Tactical/SNG Arms, which statement was intended to deceive Semenko,
26  Wayne Anthony dba Smoke & Glory/SNG Tactical/SNG Arms as to a fact material to the
27  lawfulness of such sale of the said firearms to BRIANA E. MORENO-AGUILAR under
28  Chapter 44, Title 18, United States Code; in that BRIANA E. MORENO-AGUILAR

1  stated that she was the actual transferee/buyer of said firearms; and RIGOBERTO

2  PADILLA, JR., aided, abetted, counseled, commanded, induced, and procured such false

3  and fictitious statement; in violation of Title 18, United States Code, Sections 2(a),

4  922(a)(6) and 924(a)(2).

## COUNT 16

6  On or about August 28, 2015, at or near Tucson, in the District of Arizona,

7  RIGOBERTO PADILLA, JR., having been previously convicted of a crime punishable

8  by imprisonment for a term exceeding one year; that is, Facilitation (Unlawful Possession

9  of Marijuana for Sale), a felony offense, in Santa Cruz County Superior Court, Arizona,

10  case number CR-06-104, on February 26, 2007; did knowingly possess firearms, that is:

11  one Zastava model M70AB2 7.62x39mm semiautomatic rifle, serial number AB2-

12  C105663; and one Inter Ordnance Inc. model Sportster AK47 7.62x39mm semiautomatic

13  rifle, serial number S004305; said firearms being in and affecting commerce in that they

14  were previously transported into the state of Arizona from another state or foreign

15  country; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## COUNT 17

17  On or about September 8, 2015, at or near Apache Junction, in the District of

18  Arizona, ISAAC LEONARDO PADILLA and RIGOBERTO PADILLA, JR., in

19  connection with the acquisition of a firearm, that is; one Century Arms model VZ2008

20  7.62x39mm semiautomatic rifle, serial number VZ08PM-012335; from AJI Sports LLC

21  dba AJI Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18,

22  United States Code; did knowingly make a false and fictitious written statement to AJI

23  Sports LLC dba AJI Sports, which statement was intended to deceive AJI Sports LLC

24  dba AJI Sports as to a fact material to the lawfulness of such sale of the said firearm to

25  ISAAC LEONARDO PADILLA under Chapter 44, Title 18, United States Code; in that

26  ISAAC LEONARDO PADILLA stated that he was the actual transferee/buyer of said

27  firearm; and RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded,

28

1    induced, and procured such false and fictitious statement; in violation of Title 18, United

2    States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

3    **COUNT 18**

4    On or about September 8, 2015, at or near Apache Junction, in the District of

5    Arizona, ISAAC LEONARDO PADILLA and RIGOBERTO PADILLA, JR., in

6    connection with the acquisition of firearms, that is; one Century Arms model M70AB2

7    7.62x39mm semiautomatic rifle, serial number AB2-C103864; and one Century Arms

8    model M70AB2 7.62x39mm semiautomatic rifle, serial number AB2-C105526; from

9    SCFS Enterprises LLC dba Sharky's Firearms, a licensed dealer of firearms within the

10   meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and

11   fictitious written statement to SCFS Enterprises LLC dba Sharky's Firearms, which

12   statement was intended to deceive SCFS Enterprises LLC dba Sharky's Firearms as to a

13   fact material to the lawfulness of such sale of the said firearms to ISAAC LEONARDO

14   PADILLA under Chapter 44, Title 18, United States Code; in that ISAAC LEONARDO

15   PADILLA stated that he was the actual transferee/buyer of said firearms; and

16   RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded, induced, and

17   procured such false and fictitious statement; in violation of Title 18, United States Code,

18   Sections 2(a), 922(a)(6) and 924(a)(2).

19   **COUNT 19**

20   On or about September 14, 2015, at or near Tucson, in the District of Arizona,

21   BRIANA E. MORENO-AGUILAR and RIGOBERTO PADILLA, JR., in connection

22   with the acquisition of firearms, that is; one Maadi Company model MISR 7.62x39mm

23   semiautomatic rifle, serial number CM11811; and one Romarm model M10-762

24   7.62x39mm semiautomatic rifle, serial number MA-20820-13; from EZPAWN Arizona

25   Inc. dba USA Pawn & Jewelry, a licensed dealer of firearms within the meaning of

26   Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious

27   written statement to EZPAWN Arizona Inc. dba USA Pawn & Jewelry, which statement

28   was intended to deceive EZPAWN Arizona Inc. dba USA Pawn & Jewelry as to a fact

material to the lawfulness of such sale of the said firearms to BRIANA E. MORENO-AGUILAR under Chapter 44, Title 18, United States Code; in that BRIANA E. MORENO-AGUILAR stated that she was the actual transferee/buyer of said firearms; and RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 20

On or about September 19, 2015, at or near Apache Junction, in the District of Arizona, ISAAC LEONARDO PADILLA and RIGOBERTO PADILLA, JR., in connection with the acquisition of firearms, that is; one Century Arms model M70 7.62x39mm semiautomatic rifle, serial number AB2-C106543; and one Romarm model GP WASR 7.62x39mm semiautomatic rifle, serial number 1974FD4559; from AJI Sports LLC dba AJI Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to AJI Sports LLC dba AJI Sports, which statement was intended to deceive AJI Sports LLC dba AJI Sports as to a fact material to the lawfulness of such sale of the said firearms to ISAAC LEONARDO PADILLA under Chapter 44, Title 18, United States Code; in that ISAAC LEONARDO PADILLA stated that he was the actual transferee/buyer of said firearms; and RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 21

On or about September 23, 2015, at or near Apache Junction, in the District of Arizona, ISAAC LEONARDO PADILLA and RIGOBERTO PADILLA, JR., in connection with the acquisition of firearms, that is; one Romarm model SAR-1 7.62x39mm semiautomatic rifle, serial number S1-04976-99; and one Zastava model N-PAP M70 7.62x39mm semiautomatic rifle, serial number N-PAP035945; from AJI Sports LLC dba AJI Sports, a licensed dealer of firearms within the meaning of Chapter

44, Title 18, United States Code; did knowingly make a false and fictitious written statement to AJI Sports LLC dba AJI Sports, which statement was intended to deceive AJI Sports LLC dba AJI Sports as to a fact material to the lawfulness of such sale of the said firearms to ISAAC LEONARDO PADILLA under Chapter 44, Title 18, United States Code; in that ISAAC LEONARDO PADILLA stated that he was the actual transferee/buyer of said firearms; and RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 22

On or about September 23, 2015, at or near Apache Junction, in the District of Arizona, RIGOBERTO PADILLA, JR., having been previously convicted of a crime punishable by imprisonment for a term exceeding one year; that is, Facilitation (Unlawful Possession of Marijuana for Sale), a felony offense, in Santa Cruz County Superior Court, Arizona, case number CR-06-104, on February 26, 2007; did knowingly possess firearms, that is: one Romarm model SAR-1 7.62x39mm semiautomatic rifle, serial number S1-04976-99; and one Zastava model N-PAP M70 7.62x39mm semiautomatic rifle, serial number N-PAP035945; said firearms being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## COUNT 23

On or about September 23, 2015, at or near Tucson, in the District of Arizona, BRIANA E. MORENO-AGUILAR and RIGOBERTO PADILLA, JR., in connection with the acquisition of firearms, that is; one Smith and Wesson model M&P15 5.56x45mm semiautomatic rifle, serial number SX00684; and one Smith and Wesson model M&P15 5.56x45mm semiautomatic rifle, serial number SX01000; from EZPAWN Arizona Inc. dba USA Pawn & Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to EZPAWN Arizona Inc. dba USA Pawn & Jewelry, which statement

1    was intended to deceive EZPAWN Arizona Inc. dba USA Pawn & Jewelry as to a fact

2    material to the lawfulness of such sale of the said firearms to BRIANA E. MORENO-

3    AGUILAR under Chapter 44, Title 18, United States Code; in that BRIANA E.

4    MORENO-AGUILAR stated that she was the actual transferee/buyer of said firearms;

5    and RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded, induced, and

6    procured such false and fictitious statement; in violation of Title 18, United States Code,

7    Sections 2(a), 922(a)(6) and 924(a)(2).

8                                    **COUNT 24**

9         On or about September 23, 2015, at or near Tucson, in the District of Arizona,

10   BRIANA E. MORENO-AGUILAR and RIGOBERTO PADILLA, JR., in connection

11   with the acquisition of a firearm, that is; one Romarm model WASR-10 7.62x39mm

12   semiautomatic rifle, serial number A1-40034-15; from Semenko, Wayne Anthony dba

13   Smoke & Glory/SNG Tactical/SNG Arms, a licensed dealer of firearms within the

14   meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and

15   fictitious written statement to Semenko, Wayne Anthony dba Smoke & Glory/SNG

16   Tactical/SNG Arms, which statement was intended to deceive Semenko, Wayne Anthony

17   dba Smoke & Glory/SNG Tactical/SNG Arms as to a fact material to the lawfulness of

18   such sale of the said firearm to BRIANA E. MORENO-AGUILAR under Chapter 44,

19   Title 18, United States Code; in that BRIANA E. MORENO-AGUILAR stated that she

20   was the actual transferee/buyer of said firearm; and RIGOBERTO PADILLA, JR., aided,

21   abetted, counseled, commanded, induced, and procured such false and fictitious

22   statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and

23   924(a)(2).

24                                   **COUNT 25**

25        On or about September 25, 2015, at or near Apache Junction, in the District of

26   Arizona, KAREN LIZBETH PADILLA knowingly made a false statement and

27   representation to AJI Sports LLC dba AJI Sports, licensed under the provisions of

28   Chapter 44, Title 18, United States Code, with respect to information required by the

provisions of Chapter 44, Title 18, United States Code, to be kept in the records of AJI Sports LLC dba AJI Sports; in that KAREN LIZBETH PADILLA, in connection with the purchase of firearms, that is; one Inter Ordnance model AKM247 7.62x39mm semiautomatic rifle, serial number S002816; and one Century Arms model Champion, 7.62x39mm semiautomatic pistol, serial number CN-0395-07; stated that her address was 174 Calle Pallenque, Rio Rico, Arizona, 85648; in violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 26

On or about September 25, 2015, at or near Apache Junction, in the District of Arizona, KAREN LIZBETH PADILLA and RIGOBERTO PADILLA, JR., in connection with the acquisition of firearms, that is; one Inter Ordnance model AKM247 7.62x39mm semiautomatic rifle, serial number S002816; and one Century Arms model Champion 7.62x39mm semiautomatic pistol, serial number CN-0395-07; from AJI Sports LLC dba AJI Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to AJI Sports LLC dba AJI Sports, which statement was intended to deceive AJI Sports LLC dba AJI Sports as to a fact material to the lawfulness of such sale of the said firearms to KAREN LIZBETH PADILLA under Chapter 44, Title 18, United States Code; in that KAREN LIZBETH PADILLA stated that she was the actual transferee/buyer of said firearms; and RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

### COUNT 27

On or about September 25, 2015, at or near Apache Junction, in the District of Arizona, CHRISTIAN ALEXIS PADILLA and RIGOBERTO PADILLA, JR., in connection with the acquisition of firearms, that is; one Zastava model N-PAP 7.62x39mm semiautomatic rifle, serial number N-PAP021283; and one FEG model AMD-63 7.62x39mm semiautomatic rifle, serial number CI005197; from AJI Sports

LLC dba AJI Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to AJI Sports LLC dba AJI Sports, which statement was intended to deceive AJI Sports LLC dba AJI Sports as to a fact material to the lawfulness of such sale of the said firearms to CHRISTIAN ALEXIS PADILLA under Chapter 44, Title 18, United States Code; in that CHRISTIAN ALEXIS PADILLA stated that he was the actual transferee/buyer of said firearms; and RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 28

On or about September 25, 2015, at or near Tucson, in the District of Arizona, BRIANA E. MORENO-AGUILAR and RIGOBERTO PADILLA, JR., in connection with the acquisition of a firearm, that is; one Smith and Wesson model M&P15 5.56x45mm semiautomatic rifle, serial number SX02287; from EZPAWN Arizona Inc. dba USA Pawn & Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to EZPAWN Arizona Inc. dba USA Pawn & Jewelry, which statement was intended to deceive EZPAWN Arizona Inc. dba USA Pawn & Jewelry as to a fact material to the lawfulness of such sale of the said firearm to BRIANA E. MORENO-AGUILAR under Chapter 44, Title 18, United States Code; in that BRIANA E. MORENO-AGUILAR stated that she was the actual transferee/buyer of said firearm; and RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 29

On or about September 26, 2015, at or near Tucson, in the District of Arizona, LESLIE MARLENE PADILLA knowingly made a false statement and representation to BKM Guns Inc. dba Murphy's Gun Shop, licensed under the provisions of Chapter 44,

Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of BKM Guns Inc. dba Murphy's Gun Shop; in that LESLIE MARLENE PADILLA, in connection with the purchase of a firearm, that is; one Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-21777-14; stated that her address was 1068 W. Paul Bond Dr. Apt. #P102, Nogales, Arizona, 85621; in violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 30

On or about September 26, 2015, at or near Tucson, in the District of Arizona, LESLIE MARLENE PADILLA and RIGOBERTO PADILLA, JR., in connection with the acquisition of a firearm, that is; one Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-21777-14; from BKM Guns Inc. dba Murphy's Gun Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to BKM Guns Inc. dba Murphy's Gun Shop, which statement was intended to deceive BKM Guns Inc. dba Murphy's Gun Shop as to a fact material to the lawfulness of such sale of the said firearm to LESLIE MARLENE PADILLA under Chapter 44, Title 18, United States Code; in that LESLIE MARLENE PADILLA stated that she was the actual transferee/buyer of said firearm; and RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

### COUNT 31

On or about September 26, 2015, at or near Tucson, in the District of Arizona, CHRISTIAN ALEXIS PADILLA and RIGOBERTO PADILLA, JR., in connection with the acquisition of a firearm, that is; one Izmash model Saiga Sporter 7.62x39mm semiautomatic rifle, serial number H06108829; from BKM Guns Inc. dba Murphy's Gun Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to BKM Guns

1    Inc. dba Murphy's Gun Shop, which statement was intended to deceive BKM Guns Inc.

2    dba Murphy's Gun Shop as to a fact material to the lawfulness of such sale of the said

3    firearm to CHRISTIAN ALEXIS PADILLA under Chapter 44, Title 18, United States

4    Code; in that CHRISTIAN ALEXIS PADILLA stated that he was the actual

5    transferee/buyer of said firearm; and RIGOBERTO PADILLA, JR., aided, abetted,

6    counseled, commanded, induced, and procured such false and fictitious statement; in

7    violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

8                                              **COUNT 32**

9          On or about September 30, 2015, at or near Tucson, in the District of Arizona,

10   LESLIE MARLENE PADILLA knowingly made a false statement and representation to

11   Schuyler Arms LLC, licensed under the provisions of Chapter 44, Title 18, United States

12   Code, with respect to information required by the provisions of Chapter 44, Title 18,

13   United States Code, to be kept in the records of Schuyler Arms LLC; in that LESLIE

14   MARLENE PADILLA, in connection with the purchase of a firearm, that is; one Zastava

15   model O-Pap 7.62x39mm semiautomatic rifle, serial number O-PAP011422; stated that

16   her address was 1068 W. Paul Bond Dr. Apt. #P102, Nogales, Arizona, 85621; in

17   violation of Title 18, United States Code, Section 924(a)(1)(A).

18                                              **COUNT 33**

19         On or about September 30, 2015, at or near Tucson, in the District of Arizona,

20   LESLIE MARLENE PADILLA and RIGOBERTO PADILLA, JR., in connection with

21   the acquisition of a firearm, that is; one Zastava model O-Pap 7.62x39mm semiautomatic

22   rifle, serial number O-PAP011422; from Schuyler Arms LLC, a licensed dealer of

23   firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly

24   make a false and fictitious written statement to Schuyler Arms LLC, which statement was

25   intended to deceive Schuyler Arms LLC as to a fact material to the lawfulness of such

26   sale of the said firearm to LESLIE MARLENE PADILLA under Chapter 44, Title 18,

27   United States Code; in that LESLIE MARLENE PADILLA stated that she was the actual

28   transferee/buyer of said firearm; and RIGOBERTO PADILLA, JR., aided, abetted,

1  counseled, commanded, induced, and procured such false and fictitious statement; in

2  violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

3  **COUNT 34**

4  On or about September 30, 2015, at or near Tucson, in the District of Arizona,

5  LESLIE MARLENE PADILLA knowingly made a false statement and representation to

6  Liberty Pawn Shop Inc., licensed under the provisions of Chapter 44, Title 18, United

7  States Code, with respect to information required by the provisions of Chapter 44, Title

8  18, United States Code, to be kept in the records of Liberty Pawn Shop Inc.; in that

9  LESLIE MARLENE PADILLA, in connection with the purchase of a firearm, that is;

10  one Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-

11  12909-13; stated that her address was 1068 W. Paul Bond Dr. Apt. #P102, Nogales,

12  Arizona, 85621; in violation of Title 18, United States Code, Section 924(a)(1)(A).

13  **COUNT 35**

14  On or about September 30, 2015, at or near Tucson, in the District of Arizona,

15  LESLIE MARLENE PADILLA and RIGOBERTO PADILLA, JR., in connection with

16  the acquisition of a firearm, that is; one Romarm model WASR-10 7.62x39mm

17  semiautomatic rifle, serial number A1-12909-13; from Liberty Pawn Shop Inc., a

18  licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States

19  Code; did knowingly make a false and fictitious written statement to Liberty Pawn Shop

20  Inc., which statement was intended to deceive Liberty Pawn Shop Inc. as to a fact

21  material to the lawfulness of such sale of the said firearm to LESLIE MARLENE

22  PADILLA under Chapter 44, Title 18, United States Code; in that LESLIE MARLENE

23  PADILLA stated that she was the actual transferee/buyer of said firearm; and

24  RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded, induced, and

25  procured such false and fictitious statement; in violation of Title 18, United States Code,

26  Sections 2(a), 922(a)(6) and 924(a)(2).

27

28

1

## COUNT 36

2       On or about September 30, 2015, at or near Tucson, in the District of Arizona,

3    CHRISTIAN ALEXIS PADILLA and RIGOBERTO PADILLA, JR., in connection with

4    the acquisition of a firearm, that is; one Inter Ordnance model M214 7.62x39mm

5    semiautomatic rifle, serial number S008790; from Schuyler Arms LLC, a licensed dealer

6    of firearms within the meaning of Chapter 44, Title 18, United States Code; did

7    knowingly make a false and fictitious written statement to Schuyler Arms LLC, which

8    statement was intended to deceive Schuyler Arms LLC as to a fact material to the

9    lawfulness of such sale of the said firearm to CHRISTIAN ALEXIS PADILLA under

10   Chapter 44, Title 18, United States Code; in that CHRISTIAN ALEXIS PADILLA stated

11   that he was the actual transferee/buyer of said firearm; and RIGOBERTO PADILLA,

12   JR., aided, abetted, counseled, commanded, induced, and procured such false and

13   fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6)

14   and 924(a)(2).

15

## COUNT 37

16      On or about September 30, 2015, at or near Tucson, in the District of Arizona,

17   CHRISTIAN ALEXIS PADILLA, ISAAC LEONARDO PADILLA, and RIGOBERTO

18   PADILLA, JR., in connection with the acquisition of a firearm, that is; one Romarm

19   model SAR 3 5.56x45mm semiautomatic rifle, serial number S3004901999; from Liberty

20   Pawn Shop Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18,

21   United States Code; did knowingly make a false and fictitious written statement to

22   Liberty Pawn Shop Inc., which statement was intended to deceive Liberty Pawn Shop

23   Inc. as to a fact material to the lawfulness of such sale of the said firearm to CHRISTIAN

24   ALEXIS PADILLA under Chapter 44, Title 18, United States Code; in that CHRISTIAN

25   ALEXIS PADILLA stated that he was the actual transferee/buyer of said firearm; and

26   ISAAC LEONARDO PADILLA and RIGOBERTO PADILLA, JR., aided, abetted,

27   counseled, commanded, induced, and procured such false and fictitious statement; in

28   violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

1

**COUNT 38**

2      On or about October 3, 2015, at or near Glendale, in the District of Arizona,

3   LESLIE MARLENE PADILLA knowingly made a false statement and representation to

4   Lone Wolf Trading Company LLC, licensed under the provisions of Chapter 44, Title 18,

5   United States Code, with respect to information required by the provisions of Chapter 44,

6   Title 18, United States Code, to be kept in the records of Lone Wolf Trading Company

7   LLC; in that LESLIE MARLENE PADILLA, in connection with the purchase of a

8   firearm, that is; one Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial

9   number A1-37193-15; stated that her address was 1068 W. Paul Bond Dr. Apt. #P102,

10  Nogales, Arizona, 85621; in violation of Title 18, United States Code, Section

11  924(a)(1)(A).

12

**COUNT 39**

13     On or about October 3, 2015, at or near Glendale, in the District of Arizona,

14  LESLIE MARLENE PADILLA and RIGOBERTO PADILLA, JR., in connection with

15  the acquisition of a firearm, that is; one Romarm model WASR-10 7.62x39mm

16  semiautomatic rifle, serial number A1-37193-15; from Lone Wolf Trading Company

17  LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United

18  States Code; did knowingly make a false and fictitious written statement to Lone Wolf

19  Trading Company LLC, which statement was intended to deceive Lone Wolf Trading

20  Company LLC as to a fact material to the lawfulness of such sale of the said firearm to

21  LESLIE MARLENE PADILLA under Chapter 44, Title 18, United States Code; in that

22  LESLIE MARLENE PADILLA stated that she was the actual transferee/buyer of said

23  firearm; and RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded,

24  induced, and procured such false and fictitious statement; in violation of Title 18, United

25  States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

26

**COUNT 40**

27     On or about October 3, 2015, at or near Apache Junction, in the District of

28  Arizona, LESLIE MARLENE PADILLA knowingly made a false statement and

*United States of America v. Edgar Vega-Barreras, et al*
*Indictment Page 22 of 53*

representation to AJI Sports LLC dba AJI Sports, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of AJI Sports LLC dba AJI Sports; in that LESLIE MARLENE PADILLA, in connection with the purchase of a firearm, that is; one Inter Ordnance model Sporter 7.62x39mm semiautomatic rifle, serial number 035842; stated that her address was 1068 W. Paul Bond Dr. Apt. #P102, Nogales, Arizona, 85621; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 41

On or about October 3, 2015, at or near Apache Junction, in the District of Arizona, LESLIE MARLENE PADILLA, ISAAC LEONARDO PADILLA, and RIGOBERTO PADILLA, JR., in connection with the acquisition of a firearm, that is; one Inter Ordnance model Sporter 7.62x39mm semiautomatic rifle, serial number 035842; from AJI Sports LLC dba AJI Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to AJI Sports LLC dba AJI Sports, which statement was intended to deceive AJI Sports LLC dba AJI Sports as to a fact material to the lawfulness of such sale of the said firearm to LESLIE MARLENE PADILLA under Chapter 44, Title 18, United States Code; in that LESLIE MARLENE PADILLA stated that she was the actual transferee/buyer of said firearm; and ISAAC LEONARDO PADILLA and RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 42

On or about October 17, 2015, at or near Tucson, in the District of Arizona, LESLIE MARLENE PADILLA knowingly made a false statement and representation to Schuyler Arms LLC, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18,

1   United States Code, to be kept in the records of Schuyler Arms LLC; in that LESLIE

2   MARLENE PADILLA, in connection with the purchase of firearms, that is; one Inter

3   Ordnance model M247C 7.62x39mm semiautomatic rifle, serial number S007187; one

4   Inter Ordnance model M247C 7.62x39mm semiautomatic rifle, serial number S008966;

5   and one Inter Ordnance model M247C 7.62x39mm semiautomatic rifle, serial number

6   S007049; stated that her address was 1068 W. Paul Bond Dr. Apt. #P102, Nogales,

7   Arizona, 85621; in violation of Title 18, United States Code, Section 924(a)(1)(A).

8                                          **COUNT 43**

9       On or about October 17, 2015, at or near Tucson, in the District of Arizona,

10  LESLIE MARLENE PADILLA and RIGOBERTO PADILLA, JR., in connection with

11  the acquisition of firearms, that is; one Inter Ordnance model M247C 7.62x39mm

12  semiautomatic rifle, serial number S007187; one Inter Ordnance model M247C

13  7.62x39mm semiautomatic rifle, serial number S008966; and one Inter Ordnance model

14  M247C 7.62x39mm semiautomatic rifle, serial number S007049; from Schuyler Arms

15  LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United

16  States Code; did knowingly make a false and fictitious written statement to Schuyler

17  Arms LLC, which statement was intended to deceive Schuyler Arms LLC as to a fact

18  material to the lawfulness of such sale of the said firearms to LESLIE MARLENE

19  PADILLA under Chapter 44, Title 18, United States Code; in that LESLIE MARLENE

20  PADILLA stated that she was the actual transferee/buyer of said firearms; and

21  RIGOBERTO PADILLA, JR., aided, abetted, counseled, commanded, induced, and

22  procured such false and fictitious statement; in violation of Title 18, United States Code,

23  Sections 2(a), 922(a)(6) and 924(a)(2).

24                                         **COUNT 44**

25      On or about October 21, 2015, at or near Rio Rico, in the District of Arizona,

26  ISAAC LEONARDO PADILLA knowingly and willfully made any materially false,

27  fictitious, and fraudulent statement and misrepresentation in any matter within the

28  jurisdiction of the Government of the United States; to wit, in the course of an

1  investigation by the United States Department of Justice, Bureau of Alcohol, Tobacco,
2  Firearms and Explosives, and the United States Department of Homeland Security,
3  Homeland Security Investigations, ISAAC LEONARDO PADILLA stated to law
4  enforcement agents that eight firearms were stolen from him after October 3, 2015, when
5  in fact such firearms were not stolen from ISAAC LEONARDO PADILLA; instead
6  ISAAC LEONARDO PADILLA transferred the firearms to his brother, Rigoberto
7  Padilla, Jr., and three of the firearms were recovered in the Republic of Mexico on
8  September 26, 2015; in violation of Title 18, United States Code, Section 1001(a)(2).

9                                        **COUNT 45**

10      On or about November 24, 2015, at or near Phoenix, in the District of Arizona,
11  JAVIER DAVID BUSTAMANTE-GAYTAN, an alien and citizen of the Republic of
12  Mexico illegally present in the United States, did knowingly possess ammunition, that is
13  10,080 rounds of Yugoslavian 7.62x39mm ammunition and 300 rounds of Magtech .380
14  ACP ammunition, said ammunition being in and affecting commerce in that it was
15  previously transported into the state of Arizona from another state or foreign country; in
16  violation of Title 18, United States Code, Section 922(g)(5)(A) and 924(a)(2).

17                                        **COUNT 46**

18      On or about November 24, 2015, at or near Phoenix, in the District of Arizona,
19  ABRAHAM BUSTAMANTE did sell and otherwise dispose of ammunition, that is
20  10,080 rounds of Yugoslavian 7.62x39mm ammunition and 300 rounds of Magtech .380
21  ACP ammunition, to Javier David Bustamante-Gaytan, knowing and having reasonable
22  cause to believe that Javier David Bustamante-Gaytan was an alien and citizen of the
23  Republic of Mexico illegally present in the United States; in violation of Title 18, United
24  States Code, Section 922(d)(5)(A) and 924(a)(2).

25                                        **COUNT 47**

26      On or about November 25, 2015, at or near Nogales, in the District of Arizona,
27  MELCHOR ENRIQUE URQUIDES-TAPIA, an alien and citizen of the Republic of
28  Mexico present in the United States pursuant to a non-immigrant visa, did knowingly

*United States of America v. Edgar Vega-Barreras, et al*
*Indictment Page 25 of 53*

1   possess ammunition, that is 10,080 rounds of Yugoslavian 7.62x39mm ammunition and
2   300 rounds of Magtech .380 ACP ammunition, said ammunition being in and affecting
3   commerce in that it was previously transported into the state of Arizona from another
4   state or foreign country; in violation of Title 18, United States Code, Section
5   922(g)(5)(B) and 924(a)(2).

6                                    **COUNT 48**

7          On or about November 24, 2015, and November 25, 2015, at or near Phoenix,
8   Nogales, and other locations within the District of Arizona, MELCHOR ENRIQUE
9   URQUIDES-TAPIA, JAVIER DAVID BUSTAMANTE-GAYTAN, and ABRAHAM
10  BUSTAMANTE knowingly attempted to export and send from the United States any
11  merchandise, article, or object contrary to any law or regulation of the United States, and
12  received, concealed, bought, sold, and in any manner facilitated the transportation,
13  concealment, and sale of such merchandise, article or object, that is 10,080 rounds of
14  Yugoslavian 7.62x39mm ammunition and 300 rounds of Magtech .380 ACP ammunition,
15  knowing the same to be intended for exportation contrary to any law or regulation of the
16  United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of
17  Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in
18  violation of Title 18, United States Code, Section 554(a).

19                                    **COUNT 49**

20         From on or about December 23, 2015, through December 28, 2015, at or near
21  Phoenix, Tucson, and other locations within the District of Arizona, ANDREI RENE
22  GARCIA and LUIS FIDEL GARCIA knowingly attempted to export and send from the
23  United States any merchandise, article, or object contrary to any law or regulation of the
24  United States, and received, concealed, bought, sold, and in any manner facilitated the
25  transportation, concealment, and sale of such merchandise, article or object, that is; one
26  Century Arms model Centurion 39 Sporter 7.62x39mm semiautomatic rifle, serial
27  number C39WM-000196; and one Petronov Armament (Morrissey Inc.) model AAM47
28  7.62x39mm semiautomatic rifle, serial number AA000245; knowing the same to be

1  intended for exportation contrary to any law or regulation of the United States, to wit:
2  Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part
3  121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18,
4  United States Code, Section 554(a).

5                                    **COUNT 50**

6        On or about December 29, 2015, at or near Rio Rico, in the District of Arizona,
7  LUIS FIDEL GARCIA knowingly and willfully made any materially false, fictitious, and
8  fraudulent statement and misrepresentation in any matter within the jurisdiction of the
9  Government of the United States; to wit, in the course of an investigation by the United
10 States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, and
11 the United States Department of Homeland Security, Homeland Security Investigations,
12 LUIS FIDEL GARCIA stated to law enforcement agents that he did not purchase a
13 firearm in Phoenix, Arizona, on December 23, 2015, when in fact LUIS FIDEL GARCIA
14 did purchase a firearm; a Century Arms model Centurion 39 Sporter 7.62x39mm
15 semiautomatic rifle, serial number C39WM-000196; in Phoenix, Arizona, on December
16 23, 2015; in violation of Title 18, United States Code, Section 1001(a)(2).

17                                   **COUNT 51**

18       On or about December 29, 2015, at or near Rio Rico, in the District of Arizona,
19 LUIS FIDEL GARCIA knowingly and willfully made any materially false, fictitious, and
20 fraudulent statement and misrepresentation in any matter within the jurisdiction of the
21 Government of the United States; to wit, in the course of an investigation by the United
22 States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, and
23 the United States Department of Homeland Security, Homeland Security Investigations,
24 LUIS FIDEL GARCIA stated to law enforcement agents that  on December 23, 2015, he
25 transferred two firearms to a relative at the corner of South Park Avenue and East 36th
26 Street in Tucson, Arizona, when in fact LUIS FIDEL GARCIA instead transferred three
27 firearms to his parents' residence at 2342 South Campbell Avenue in Tucson, Arizona; in
28 violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 52

On or about December 29, 2015, at or near Phoenix, in the District of Arizona, JESSICA BRIDGET SOTO knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is 2,000 rounds of Wolf Gold .223 REM ammunition, 500 rounds of Armscor .22 Magnum ammunition, 2,000 rounds of Magtech 9mm Luger ammunition, 2,000 rounds of WPA .223 REM ammunition, 1,000 rounds of Russian 7.62x39mm ammunition, and 21,000 rounds of WPA 7.62x39mm ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

## COUNT 53

On or about January 5, 2016, at or near Phoenix, in the District of Arizona, JESSICA BRIDGET SOTO knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is 19,000 rounds of WPA 7.62x39mm ammunition, 1,000 rounds of WPA .223 REM ammunition, 2,000 rounds of Aguila .38 Super ammunition, 2,000 rounds of Sellier and Bellot 9mm Luger ammunition, and 2,000 rounds of Sellier and Bellot .45 ACP ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**COUNT 54**

On or about January 7, 2016, at or near Phoenix, in the District of Arizona, DIANA MARIE ARREOLA, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year; that is, Possession of Narcotic Drugs, in Maricopa County Superior Court, Arizona, case number CR96-06021, on January 10, 1997; and Theft, in Maricopa County Superior Court, Arizona, case number CR96-10534, on April 7, 1998; did knowingly possesses ammunition, that is: 10,000 rounds of WPA 7.62x39mm ammunition; said ammunition not being manufactured in Arizona and thus affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT 55**

On or about January 7, 2016, at or near Phoenix, in the District of Arizona, DIANA MARIE ARREOLA knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is 10,000 rounds of WPA 7.62x39mm ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**COUNT 56**

From a time unknown to on or about January 8, 2016, at or near Phoenix and other locations within the District of Arizona, JORGE ACOSTA-LICERIO knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such

merchandise, article or object, that is one Norinco model MAK-90 Sporter 7.62x39mm semiautomatic rifle, serial number 94114075; one Romarm model GP WASR 10/63 7.62x39mm semiautomatic rifle, serial number CL-1990-76; one Romarm model M10-762 7.62x39mm semiautomatic rifle, serial number MA-10220-12; one Maadi model ARM 7.62x39mm semiautomatic rifle, serial number AC0063829; one Century Arms model RAS47 7.62x39mm semiautomatic rifle, serial number RAS47007535; one Romarm model Romak 991 7.62x39mm semiautomatic rifle, serial number 1-04022-99; one Century Arms model Centurion 39 Sporter 7.62x39mm semi-automatic rifle, serial number 39NC13454; one Romarm model GP WASR 10/63 7.62x39mm semi-automatic rifle, serial number 1981MK0602; one Romarm model WASR 10 7.62x39mm semiautomatic rifle, serial number A1-22854-14; and one Century Arms model GP1975 7.62x39mm semiautomatic rifle (bull pup), serial number GP7501588; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

## COUNT 57

On or about February 4, 2016, at or near Phoenix and other locations within the District of Arizona, JORGE ACOSTA-LICERIO knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is; one ITM Arms (Wise Lite Arms) model MK-99 7.62x39mm semiautomatic pistol, serial number 0016600; one Nodak Spud model NDS-3 7.62x39mm semiautomatic rifle, serial number M006145; one Romarm model Romak 991 7.62x39mm semiautomatic rifle, serial number 1-00551-99; and one Zastava model N-PAP M70 7.62x39mm semiautomatic rifle, serial number N-PAP006970; knowing the same to be intended for exportation contrary to any law or regulation of the United States,

1    to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations,

2    Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18,

3    United States Code, Section 554(a).

**COUNT 58**

5    From on or about August 2015 to February 4, 2016, at or near Phoenix and other

6    locations within the District of Arizona, JORGE ACOSTA-LICERIO, not being a

7    licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States

8    Code, did willfully engage in the business of dealing firearms; in violation of Title 18,

9    United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

**COUNT 59**

11    From a time unknown to on or about February 4, 2016, at or near Tucson,

12    Nogales, Phoenix, Apache Junction, Glendale, Rio Rico, and elsewhere within the

13    District of Arizona, the defendants, EDGAR VEGA-BARRERAS, RIGOBERTO

14    PADILLA, JR., ISAAC LEONARDO PADILLA, KAREN LIZBETH PADILLA,

15    LESLIE MARLENE PADILLA, CHRISTIAN ALEXIS PADILLA, BRIANA E.

16    MORENO-AGUILAR, EMILIO NAVARRO, ERIK BARTHOLOMEW SALAZAR,

17    GABRIELLA VICTORIA GONZALEZ, DIANA MARIE ARREOLA, MELCHOR

18    ENRIQUE URQUIDES-TAPIA, JAVIER DAVID BUSTAMANTE-GAYTAN,

19    ABRAHAM BUSTAMANTE, LUIS FIDEL GARCIA, ALVARO RUBIO BELTRAN,

20    ANDREI RENE GARCIA, IRVYING MENDOZA-GONZALEZ, JESSICA BRIDGET

21    SOTO, JOSE ALONSO VERDUGO-BERNAL, and JORGE ACOSTA-LICERIO, did

22    knowingly and intentionally combine, conspire, confederate, and agree together and with

23    persons known and unknown to the grand jury, to commit offenses against the United

24    States, that is: the knowing attempt to export and send from the United States any

25    merchandise, article, or object contrary to any law or regulation of the United States, and

26    received, concealed, bought, sold, and in any manner facilitated the transportation,

27    concealment, and sale of such merchandise, article or object, prior to exportation,

28    knowing the same to be intended for exportation contrary to any law or regulation of the

United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

## Purpose of the Conspiracy

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful export of firearms and ammunition, including:

- Romarm model Draco 7.62x39mm semiautomatic pistol, serial number DA258814
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-21076-14
- Petronov Armament model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000482
- Petronov Armament model AAM-47UF 7.62x39mm semiautomatic rifle, serial number AA000055
- Century Arms model M70 AB2 7.62x39mm semiautomatic rifle, serial number AB206970
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-6258-13
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number 1-27919-2001
- Century Arms model Centurion 39 Sporter 7.62x39mm semiautomatic rifle, serial number C39WM-005198
- Childers Guns (Kalashnicohn) model CG-1 7.62x39mm semiautomatic rifle, serial number AM00426
- Century Arms model VZ2008 Sporter 7.62x39mm semiautomatic rifle, serial number VZ08PM-013585
- Century Arms model VZ2008 Sporter 7.62x39mm semiautomatic rifle, serial number VZ08PM-013998
- Barrett model 82A1 .50 BMG semiautomatic rifle, serial number AA003862
- Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000175
- Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000355
- Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000491
- Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000170
- Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000177
- Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000178
- Spike's Tactical model ST15 .223 REM semiautomatic rifle, serial number RM-20142
- Bushmaster model Carbon 15 .223 REM semiautomatic rifle, serial number CBC011454
- Bushmaster model Carbon 15 .223 REM semiautomatic rifle, serial number BK3008322
- DPMS model A15 .223 REM semiautomatic rifle, serial number FH222682
- Zastava model N-PAP DF 7.62x39mm semiautomatic rifle, serial number NPDF000292

- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-31069-14
- Zastava model M70AB2 7.62x39mm semiautomatic rifle, serial number AB2-C105663
- Inter Ordnance Inc. model Sportster AK47 7.62x39mm semiautomatic rifle, serial number S004305
- Century Arms model VZ2008 7.62x39mm semiautomatic rifle, serial number VZ08PM-012335
- Century Arms model M70AB2 7.62x39mm semiautomatic rifle, serial number AB2-C103864
- Century Arms model M70AB2 7.62x39mm semiautomatic rifle, serial number AB2-C105526
- Maadi Company model MISR 7.62x39mm semiautomatic rifle, serial number CM11811
- Romarm model M10-762 7.62x39mm semiautomatic rifle, serial number MA-20820-13
- Century Arms model M70 7.62x39mm semiautomatic rifle, serial number AB2-C106543
- Romarm model GP WASR 7.62x39mm semiautomatic rifle, serial number 1974FD4559
- Romarm model SAR-1 7.62x39mm semiautomatic rifle, serial number S1-04976-99
- Zastava model N-PAP M70 7.62x39mm semiautomatic rifle, serial number N-PAP035945
- Smith and Wesson model M&P15 5.56x45mm semiautomatic rifle, serial number SX00684
- Smith and Wesson model M&P15 5.56x45mm semiautomatic rifle, serial number SX01000
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-40034-15
- Inter Ordnance model AKM247 7.62x39mm semiautomatic rifle, serial number S002816
- Century Arms model Champion 7.62x39mm semiautomatic pistol, serial number CN-0395-07
- Zastava model N-PAP 7.62x39mm semiautomatic rifle, serial number N-PAP021283
- FEG model AMD-63 7.62x39mm semiautomatic rifle, serial number CI005197
- Smith and Wesson model M&P15 5.56x45mm semiautomatic rifle, serial number SX02287
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-21777-14
- Izmash model Saiga Sporter 7.62x39mm semiautomatic rifle, serial number H06108829
- Zastava model O-Pap 7.62x39mm semiautomatic rifle, serial number O-PAP011422
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-12909-13
- Inter Ordnance model M214 7.62x39mm semiautomatic rifle, serial number S008790
- Romarm model SAR 3 5.56x45mm semiautomatic rifle, serial number S3004901999
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-37193-15
- Inter Ordnance model Sporter 7.62x39mm semiautomatic rifle, serial number 035842

- Inter Ordnance model M247C 7.62x39mm semiautomatic rifle, serial number S007187
- Inter Ordnance model M247C 7.62x39mm semiautomatic rifle, serial number S008966
- Inter Ordnance model M247C 7.62x39mm semiautomatic rifle, serial number S007049
- Century Arms model Centurion 39 Sporter 7.62x39mm semiautomatic rifle, serial number C39WM-000196
- Petronov Armament (Morrissey Inc.) model AAM47 7.62x39mm semiautomatic rifle, serial number AA000245
- Norinco model MAK-90 Sporter 7.62x39mm semiautomatic rifle, serial number 94114075
- Romarm model GP WASR 10/63 7.62x39mm semiautomatic rifle, serial number CL-1990-76
- Romarm model M10-762 7.62x39mm semiautomatic rifle, serial number MA-10220-12
- Maadi model ARM 7.62x39mm semiautomatic rifle, serial number AC006382
- Century Arms model RAS47 7.62x39mm semiautomatic rifle, serial number RAS47007535
- Romarm model Romak 991 7.62x39mm semiautomatic rifle, serial number 1-04022-99
- Century Arms model Centurion 39 Sporter 7.62x39mm semi-automatic rifle, serial number 39NC13454
- Romarm model GP WASR 10/63 7.62x39mm semi-automatic rifle, serial number 1981MK0602
- Romarm model WASR 10 7.62x39mm semiautomatic rifle, serial number A1-22854-14
- Century Arms model GP1975 7.62x39mm semiautomatic rifle (bull pup), serial number GP7501588
- ITM Arms (Wise Lite Arms) model MK-99 7.62x39mm semiautomatic pistol, serial number 0016600
- Nodak Spud model NDS-3 7.62x39mm semiautomatic rifle, serial number M006145
- Romarm model Romak 991 7.62x39mm semiautomatic rifle, serial number 1-00551-99
- Zastava model N-PAP M70 7.62x39mm semiautomatic rifle, serial number N-PAP006970
- 10,080 rounds of Yugoslavian 7.62x39mm ammunition
- 300 rounds of Magtech .380 ACP ammunition
- 2,000 rounds of Wolf Gold .223 REM ammunition
- 500 rounds of Armscor .22 Magnum ammunition
- 2,000 rounds of Magtech 9mm Luger ammunition
- 2,000 rounds of WPA .223 REM ammunition
- 1,000 rounds of Russian 7.62x39mm ammunition
- 21,000 rounds of WPA 7.62x39mm ammunition
- 19,000 rounds of WPA 7.62x39mm ammunition
- 1,000 rounds of WPA .223 REM ammunition
- 2,000 rounds of Aguila .38 Super ammunition
- 2,000 rounds of Sellier and Bellot 9mm Luger ammunition
- 2,000 rounds of Sellier and Bellot .45 ACP ammunition
- 10,000 rounds of WPA 7.62x39mm ammunition

from the United States to the Republic of Mexico.

1        **The Means and Methods of the Conspiracy**

2            The means and methods employed by the defendants and their co-conspirators

3    to carry out the conspiracy and effect its unlawful objects are as follows:

4            It was part of the conspiracy that the defendants and/or their co-conspirators

5    would purchase firearms and ammunition in the District of Arizona.

6            It was a further part of the conspiracy that the defendants and/or their co-

7    conspirators would provide the funds, instructions, and means of transportation and

8    concealment to facilitate the purchase of these firearms and ammunition.

9            It was a further part of the conspiracy that the defendants and/or their co-

10   conspirators would transport these firearms and ammunition within the District of

11   Arizona with the knowledge that the weapon components were intended to ultimately be

12   transported from the United States into the Republic of Mexico, and/or transport the

13   firearms and ammunition from the United States into the Republic of Mexico.

14           It was a further part of the conspiracy that the defendants and/or their co-

15   conspirators did not have any valid license or other authority to export the weapon

16   components from the United States into the Republic of Mexico.

17                           **Overt Acts**

18           In furtherance of the conspiracy, one or more of the co-conspirators

19   committed, or caused to be committed, the overt acts described below:

20           On March 21, 2015, in Glendale, Arizona, Erik Bartholomew Salazar

21   purchased a firearm; a Romarm model Draco 7.62x39mm semiautomatic pistol, serial

22   number DA258814; from J&G II Inc. dba J&G Sales Ltd. Erik Bartholomew Salazar

23   stated that he was the actual buyer of this firearm but instead purchased the firearm on

24   behalf of an unnamed co-conspirator. This firearm was intended for unlawful exportation

25   from the United States into the Republic of Mexico.

26           On April 7, 2015, in Phoenix, Arizona, Emilio Navarro purchased a firearm; a

27   Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-21076-14;

28   from AZESB LLC dba Mo Money Pawn Shop. Emilio Navarro stated that he was the

1   actual buyer of this firearm but instead purchased it on behalf of Irvying Mendoza-
2   Gonzalez. Irvying Mendoza-Gonzalez directed Emilio Navarro to purchase the firearm,
3   provided the funds with which Emilio Navarro purchased the firearm, and took
4   possession of the firearm after Emilio Navarro purchased it. This firearm was intended
5   for unlawful exportation from the United States into the Republic of Mexico.

6         On April 26, 2015, at the Nogales, Arizona, Port of Entry, Alvaro Rubio
7   Beltran exited the United States and entered the Republic of Mexico as the driver and
8   sole occupant of a Dodge Ram (Arizona license plate CHXSIN). Edgar Vega-Barrerras
9   followed in tandem as the driver and sole occupant of a Chevrolet Silverado (Mexico
10  license plate VC81600). Hours later the same day, Alvaro Rubio Beltran and Edgar
11  Vega-Barreras entered the United States from the Republic of Mexico in the Dodge Ram.
12  Approximately five minutes later Alvaro Rubio Beltran exited the United States and
13  entered the Republic of Mexico in the Dodge Ram and Edgar Vega-Barreras followed in
14  tandem in a white Chevrolet Aveo (Arizona license plate BHK1108).

15        On May 7, 2015, in Phoenix, Arizona, Emilio Navarro purchased firearms; a
16  Petronov Armament model AAM-47 7.62x39mm semiautomatic rifle, serial number
17  AA000482; and a Petronov Armament model AAM-47UF 7.62x39mm semiautomatic
18  rifle, serial number AA000055; from Lancaster Armory LLC dba Petronov
19  Armament/Phoenix Arsenal; and a Century Arms model M70 AB2 7.62x39mm
20  semiautomatic rifle, serial number AB206970; from North Phoenix Lending Inc. dba
21  North Phoenix Pawn. Emilio Navarro stated that he was the actual buyer of these
22  firearms but instead purchased them on behalf of Irvying Mendoza-Gonzalez. Irvying
23  Mendoza-Gonzalez directed Emilio Navarro to purchase the firearms, provided the funds
24  with which Emilio Navarro purchased the firearms, and took possession of the firearms
25  after Emilio Navarro purchased them. These firearms were intended for unlawful
26  exportation from the United States into the Republic of Mexico.

27        On May 19, 2015, in Phoenix, Arizona, Emilio Navarro purchased firearms; a
28  Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-6258-13;

and a Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number 1-27919-2001; from Legendary Sales Inc. dba Legendary Guns; a Century Arms model Centurion 39 Sporter 7.62x39mm semiautomatic rifle, serial number C39WM-005198; from S.W.A.T. Training Facilities LLC dba Shooter's World; and a Childers Guns (Kalashnicohn) model CG-1 7.62x39mm semiautomatic rifle, serial number AM00426; from Illumi-Star LLC dba Tracy Gun Sales. Emilio Navarro stated that he was the actual buyer of these firearms but instead purchased them on behalf of Irvying Mendoza-Gonzalez. Irvying Mendoza-Gonzalez directed Emilio Navarro to purchase the firearms, provided the funds with which Emilio Navarro purchased the firearms, and took possession of the firearms after Emilio Navarro purchased them. These firearms were intended for unlawful exportation from the United States into the Republic of Mexico.

On May 20, 2015, in Phoenix, Arizona, Gabriella Victoria Gonzalez purchased firearms; a Century Arms model VZ2008 Sporter 7.62x39mm semiautomatic rifle, serial number VZ08PM-013585; and a Century Arms model VZ2008 Sporter 7.62x39mm semiautomatic rifle, serial number VZ08PM-013998; from Murphy, Veerachart dba Ammo AZ. Gabriella Victoria Gonzalez stated that she was the actual buyer of these firearms but instead purchased them on behalf of an unnamed co-conspirator. These firearms were intended for unlawful exportation from the United States into the Republic of Mexico.

On May 21, 2015, in Phoenix, Arizona, Emilio Navarro purchased a firearm; a Barrett model 82A1 .50 BMG semiautomatic rifle, serial number AA003862; from Lancaster Armory LLC dba Petronov Armament/Phoenix Arsenal. Emilio Navarro stated that he was the actual buyer of this firearm but instead purchased it on behalf of Irvying Mendoza-Gonzalez. Irvying Mendoza-Gonzalez directed Emilio Navarro to purchase the firearm, provided the funds with which Emilio Navarro purchased the firearm, and took possession of the firearm after Emilio Navarro purchased it. This firearm was intended for unlawful exportation from the United States into the Republic of Mexico.

1       On June 2, 2015, in Phoenix, Arizona, Emilio Navarro purchased firearms; a
2   Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle,
3   serial number AA000175; a Petronov Armament (Morrissey Inc.) model AAM-47
4   7.62x39mm semiautomatic rifle, serial number AA000355; and a Petronov Armament
5   (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number
6   AA000491; from Lancaster Armory LLC dba Petronov Armament/Phoenix Arsenal.
7   Emilio Navarro stated that he was the actual buyer of these firearms but instead
8   purchased them on behalf of Irvying Mendoza-Gonzalez.  Irvying Mendoza-Gonzalez
9   directed Emilio Navarro to purchase the firearms, provided the funds with which Emilio
10  Navarro purchased the firearms, and took possession of the firearms after Emilio Navarro
11  purchased them.  These firearms were intended for unlawful exportation from the United
12  States into the Republic of Mexico.

13      On June 3, 2015, in Phoenix, Arizona, Emilio Navarro purchased firearms; a
14  Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle,
15  serial number AA000170; a Petronov Armament (Morrissey Inc.) model AAM-47
16  7.62x39mm semiautomatic rifle, serial number AA000177; and a Petronov Armament
17  (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number
18  AA000178; from Lancaster Armory LLC dba Petronov Armament/Phoenix Arsenal.
19  Emilio Navarro stated that he was the actual buyer of these firearms but instead
20  purchased them on behalf of Irvying Mendoza-Gonzalez.  Irvying Mendoza-Gonzalez
21  directed Emilio Navarro to purchase the firearms, provided the funds with which Emilio
22  Navarro purchased the firearms, and took possession of the firearms after Emilio Navarro
23  purchased them.  These firearms were intended for unlawful exportation from the United
24  States into the Republic of Mexico.  On the same date, Alvaro Rubio Beltran was the
25  driver of a white Saturn Ion (Arizona license plate BFA6714) in Mesa, Arizona.
26  Concealed in the vehicle were eighteen firearms; a Spike's Tactical model ST15 .223
27  REM semiautomatic rifle, serial number RM-20142; a Bushmaster model Carbon 15 .223
28  REM semiautomatic rifle, serial number CBC011454; a Bushmaster model Carbon 15

*United States of America v. Edgar Vega-Barreras, et al*
*Indictment Page 38 of 53*

.223 REM semiautomatic rifle, serial number BK3008322; a DPMS model A15 .223 REM semiautomatic rifle, serial number FH222682; a Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-6258-13; a Century Arms VZ2008 Sporter 7.62x39mm semiautomatic rifle, serial number VZ08PM-013585; a Zastava model N-PAP DF 7.62x39mm semiautomatic rifle, serial number NPDF000292; a Century Arms model Centurion 39 Sporter 7.62x39mm semiautomatic rifle, serial number C39WM-005198; a Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number 1-27919-2001; a Century Arms model VZ2008 Sporter 7.62x39mm semiautomatic rifle, serial number VZ08PM-013998; a Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000170; a Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000175; a Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000177; a Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000178; a Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000355; a Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000491; a Childers Guns (Kalashnicohn) model CG-1 7.62x39mm semiautomatic rifle, serial number AM00426; and a Barrett model 82A1 .50 BMG semiautomatic rifle, serial number AA003862.  These firearms had been purchased by the defendants and co-conspirators, and were intended for unlawful exportation from the United States into the Republic of Mexico.  These firearms were seized by law enforcement agents.  Following the seizure, Alvaro Rubio Beltran met with unnamed co-conspirators in Mexico, who demanded payment for the seized firearms.

On August 17, 2015, in Tucson, Arizona, Isaac Leonardo Padilla purchased a firearm; a Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-31069-14; from Second Amendment Sports Inc. dba Second Amendment Sports.  Isaac Leonardo Padilla stated that he was the actual buyer of this firearm but instead purchased

1    it on behalf of his brother, Rigoberto Padilla, Jr.  Rigoberto Padilla, Jr., directed Isaac

2    Leonardo Padilla to purchase the firearm.  This firearm was intended for unlawful

3    exportation from the United States into the Republic of Mexico.  Rigoberto Padilla, Jr.,

4    exited the United States and entered the Republic of Mexico through the Nogales,

5    Arizona, Port of Entry on the same date after Isaac Leonardo Padilla purchased this

6    firearm and re-entered the United States on foot later the same date.

7            On August 28, 2015, in Tucson, Arizona, Briana E. Moreno-Aguilar

8    purchased firearms; a Zastava model M70AB2 7.62x39mm semiautomatic rifle, serial

9    number AB2-C105663; and an Inter Ordnance Inc. model Sportster AK47 7.62x39mm

10   semiautomatic rifle, serial number S004305; from Semenko, Wayne Anthony dba Smoke

11   & Glory/SNG Tactical/SNG Arms.  Briana E. Moreno-Aguilar stated that she was the

12   actual buyer of these firearms but instead purchased them on behalf of Rigoberto Padilla,

13   Jr.  Rigoberto Padilla, Jr., provided the funds for the firearms and directed an unnamed

14   co-conspirator to purchase the firearms, who then provided the funds and instructions to

15   Briana E. Moreno-Aguilar.  Rigoberto Padilla, Jr., took possession of the firearms after

16   Briana E. Moreno-Aguilar purchased them.  These firearms were intended for unlawful

17   exportation from the United States into the Republic of Mexico.  Rigoberto Padilla, Jr.,

18   exited the United States and entered the Republic of Mexico through the Nogales,

19   Arizona, Port of Entry on the same date after Briana E. Moreno-Aguilar purchased these

20   firearms and re-entered the United States on foot later the same date.

21           On September 8, 2015, in Apache Junction, Arizona, Isaac Leonardo Padilla

22   purchased firearms; a Century Arms model VZ2008 7.62x39mm semiautomatic rifle,

23   serial number VZ08PM-012335; from AJI Sports LLC dba AJI Sports; and a Century

24   Arms model M70AB2 7.62x39mm semiautomatic rifle, serial number AB2-C103864;

25   and a Century Arms model M70AB2 7.62x39mm semiautomatic rifle, serial number

26   AB2-C105526; from SCFS Enterprises LLC dba Sharky's Firearms. Isaac Leonardo

27   Padilla stated that he was the actual buyer of these firearms but instead purchased them

28   on behalf of Rigoberto Padilla, Jr.  Rigoberto Padilla, Jr., directed Isaac Leonardo Padilla

to purchase the firearms.  These firearms were intended for unlawful exportation from the United States into the Republic of Mexico.  Isaac Leonardo Padilla and Rigoberto Padilla, Jr., exited the United States and entered the Republic of Mexico through the Nogales, Arizona, Port of Entry on the same date after Isaac Leonardo Padilla purchased these firearms, and both re-entered the United States separately on foot later the same date.

On September 14, 2015, in Tucson, Arizona, Briana E. Moreno-Aguilar purchased firearms; a Maadi Company model MISR 7.62x39mm semiautomatic rifle, serial number CM11811; and a Romarm model M10-762 7.62x39mm semiautomatic rifle, serial number MA-20820-13; from EZPAWN Arizona Inc. dba USA Pawn & Jewelry.  Briana E. Moreno-Aguilar stated that she was the actual buyer of these firearms but instead purchased them on behalf of Rigoberto Padilla, Jr.  Rigoberto Padilla, Jr., provided the funds for the firearms and directed an unnamed co-conspirator to purchase the firearms, who then provided the funds and instructions to Briana E. Moreno-Aguilar. These firearms were intended for unlawful exportation from the United States into the Republic of Mexico.  Rigoberto Padilla, Jr., exited the United States and entered the Republic of Mexico through the Nogales, Arizona, Port of Entry on the same date after Briana E. Moreno-Aguilar purchased these firearms and re-entered the United States in a green Chevrolet pickup truck (Arizona license plate BCS2483) later the same date. Rigoberto Padilla, Jr., again exited the United States and re-entered later the same date in a blue Chevrolet pickup truck (Mexico license plate 81600).

On September 19, 2015, in Apache Junction, Arizona, Isaac Leonardo Padilla purchased firearms; a Century Arms model M70 7.62x39mm semiautomatic rifle, serial number AB2-C106543; and a Romarm model GP WASR 7.62x39mm semiautomatic rifle, serial number 1974FD4559; from AJI Sports LLC dba AJI Sports. Isaac Leonardo Padilla stated that he was the actual buyer of these firearms but instead purchased them on behalf of Rigoberto Padilla, Jr. Rigoberto Padilla, Jr., directed Isaac Leonardo Padilla to purchase the firearms.  These firearms were intended for unlawful exportation from the

United States into the Republic of Mexico. Isaac Leonardo Padilla and Rigoberto Padilla, Jr., exited the United States and entered the Republic of Mexico through the Nogales, Arizona, Port of Entry on the same date after Isaac Leonardo Padilla purchased these firearms, and both re-entered the United States separately on foot later the same date.

On September 23, 2015, in Apache Junction, Arizona, Isaac Leonardo Padilla purchased firearms; a Romarm model SAR-1 7.62x39mm semiautomatic rifle, serial number S1-04976-99; and a Zastava model N-PAP M70 7.62x39mm semiautomatic rifle, serial number N-PAP035945; from AJI Sports LLC dba AJI Sports. Isaac Leonardo Padilla stated that he was the actual buyer of these firearms but instead purchased them on behalf of Rigoberto Padilla, Jr. Rigoberto Padilla, Jr., directed Isaac Leonardo Padilla to purchase the firearms and took possession of the firearms after Isaac Leonardo Padilla purchased them. On the same date, in Tucson, Arizona, Briana E. Moreno-Aguilar purchased firearms; a Smith and Wesson model M&P15 5.56x45mm semiautomatic rifle, serial number SX00684; and a Smith and Wesson model M&P15 5.56x45mm semiautomatic rifle, serial number SX01000; from EZPAWN Arizona Inc. dba USA Pawn & Jewelry; and a Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-40034-15; from Semenko, Wayne Anthony dba Smoke & Glory/SNG Tactical/SNG Arms. Briana E. Moreno-Aguilar stated that she was the actual buyer of these firearms but instead purchased them on behalf of Rigoberto Padilla, Jr. Rigoberto Padilla, Jr., provided the funds for the firearms and directed an unnamed co-conspirator to purchase the firearms, who then provided the funds and instructions to Briana E. Moreno-Aguilar. All of these firearms were intended for unlawful exportation from the United States into the Republic of Mexico. Isaac Leonardo Padilla and Rigoberto Padilla, Jr., exited the United States and entered the Republic of Mexico through the Nogales, Arizona, Port of Entry at some point after Isaac Leonardo Padilla and Briana E. Moreno-Aguilar purchased these firearms, and both re-entered the United States on foot on September 24, 2015.

On September 25, 2015, in Apache Junction, Arizona, Karen Lizbeth Padilla purchased firearms; an Inter Ordnance model AKM247 7.62x39mm semiautomatic rifle, serial number S002816; and a Century Arms model Champion 7.62x39mm semiautomatic pistol, serial number CN-0395-07; from AJI Sports LLC dba AJI Sports. Karen Lizbeth Padilla stated that she was the actual buyer of these firearms but instead purchased them on behalf of Rigoberto Padilla, Jr. Rigoberto Padilla, Jr., directed Karen Lizbeth Padilla to purchase the firearms. On the same date, Christian Alexis Padilla purchased firearms; a Zastava model N-PAP 7.62x39mm semiautomatic rifle, serial number N-PAP021283; and a FEG model AMD-63 7.62x39mm semiautomatic rifle, serial number CI005197; from AJI Sports LLC dba AJI Sports. Christian Alexis Padilla stated that he was the actual buyer of these firearms but instead purchased them on behalf of Rigoberto Padilla, Jr. Rigoberto Padilla, Jr., directed Christian Alexis Padilla to purchase the firearms. On the same date in Tucson, Arizona, Briana E. Moreno-Aguilar purchased a firearm; a Smith and Wesson model M&P15 5.56x45mm semiautomatic rifle, serial number SX02287; from EZPAWN Arizona Inc. dba USA Pawn & Jewelry. Briana E. Moreno-Aguilar stated that she was the actual buyer of these firearms but instead purchased them on behalf of Rigoberto Padilla, Jr. Rigoberto Padilla, Jr., provided the funds for the firearm and directed an unnamed co-conspirator to purchase the firearm, who then provided the funds and instructions to Briana E. Moreno-Aguilar. All of these firearms were intended for unlawful exportation from the United States into the Republic of Mexico. On the same date, Edgar Vega-Barreras and Melchor Enrique Urquides-Tapia entered the United States from the Republic of Mexico through the Nogales, Arizona, Port of Entry in a red Chevrolet Cheyenne pickup truck (Mexico license plate VD26192). Later the same date Edgar Vega-Barreras and Melchor Enrique Urquides-Tapia exited the United States in a white Chevrolet Aveo (Arizona license plate BHK1108).

On September 26, 2015, in Tucson, Arizona, Leslie Marlene Padilla purchased a firearm; a Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number

A1-21777-14; from BKM Guns Inc. dba Murphy's Gun Shop.  Leslie Marlene Padilla stated that she was the actual buyer of this firearm but instead purchased it on behalf of Rigoberto Padilla, Jr.  Rigoberto Padilla, Jr., directed Leslie Marlene Padilla to purchase the firearm.  On the same date, Christian Alexis Padilla purchased a firearm; an Izmash model Saiga Sporter 7.62x39mm semiautomatic rifle, serial number H06108829; from BKM Guns Inc. dba Murphy's Gun Shop.  Christian Alexis Padilla stated that he was the actual buyer of this firearm but instead purchased it on behalf of Rigoberto Padilla, Jr.  Rigoberto Padilla, Jr., directed Christian Alexis Padilla to purchase the firearm.  These firearms were intended for unlawful exportation from the United States into the Republic of Mexico.  On the same date, Edgar Vega-Barreras and Rigoberto Padilla, Jr., exited the United States and entered the Republic of Mexico through the Nogales, Arizona, Port of Entry in a white Chevrolet Aveo (Arizona license plate BHK1108).  Later the same date, Rigoberto Padilla Jr., re-entered the United States alone in the same white Chevrolet Aveo.  On the same date, three firearms previously purchased by Isaac Leonardo Padilla; the Romarm model GP WASR 7.62x39mm semiautomatic rifle, serial number 1974FD4559; the Romarm model SAR-1 7.62x39mm semiautomatic rifle, serial number S1-04976-99; and the Zastava model N-PAP M70 7.62x39mm semiautomatic rifle, serial number N-PAP035945; were recovered in the Republic of Mexico.

On September 30, 2015, in Tucson, Arizona, Leslie Marlene Padilla purchased firearms; a Zastava model O-Pap 7.62x39mm semiautomatic rifle, serial number O-PAP011422; from Schuyler Arms LLC; and a Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-12909-13; from Liberty Pawn Shop Inc.  Leslie Marlene Padilla stated that she was the actual buyer of these firearms but instead purchased them on behalf of Rigoberto Padilla, Jr.  Rigoberto Padilla, Jr., directed Leslie Marlene Padilla to purchase the firearms.  On the same date, Christian Alexis Padilla purchased firearms; an Inter Ordnance model M214 7.62x39mm semiautomatic rifle, serial number S008790; from Schuyler Arms LLC; and a Romarm model SAR 3 5.56x45mm semiautomatic rifle, serial number S3004901999; from Liberty Pawn Shop

Inc. Christian Alexis Padilla stated that he was the actual buyer of these firearms but instead purchased them on behalf of Rigoberto Padilla, Jr. Rigoberto Padilla, Jr., directed Christian Alexis Padilla to purchase the firearms. Isaac Leonardo Padilla provided the funds to Christian Alexis Padilla for the purchase of the Romarm model SAR 3 5.56x45mm semiautomatic rifle, serial number S3004901999. All of these firearms were intended for unlawful exportation from the United States into the Republic of Mexico.

On October 3, 2015, in Glendale, Arizona, Leslie Marlene Padilla purchased a firearm; a Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-37193-15; from Lone Wolf Trading Company LLC. On the same date, in Apache Junction, Arizona, Leslie Marlene Padilla purchased a firearm; an Inter Ordnance model Sporter 7.62x39mm semiautomatic rifle, serial number 035842; from AJI Sports LLC dba AJI Sports, in Apache Junction, Arizona. Isaac Leonardo Padilla drove Leslie Marlene Padilla to purchase this firearm in a dark blue Buick Lucerne (Arizona temporary tag PU38836). Leslie Marlene Padilla stated that she was the actual buyer of these firearms but instead purchased them on behalf of Rigoberto Padilla, Jr. Rigoberto Padilla, Jr., directed Leslie Marlene Padilla to purchase the firearms. These firearms were intended for unlawful exportation from the United States into the Republic of Mexico.

On October 17, 2015, in Tucson, Arizona, Leslie Marlene Padilla purchased firearms; an Inter Ordnance model M247C 7.62x39mm semiautomatic rifle, serial number S007187; an Inter Ordnance model M247C 7.62x39mm semiautomatic rifle, serial number S008966; and an Inter Ordnance model M247C 7.62x39mm semiautomatic rifle, serial number S007049; from Schuyler Arms LLC. Leslie Marlene Padilla stated that she was the actual buyer of these firearms but instead purchased them on behalf of Rigoberto Padilla, Jr. Rigoberto Padilla, Jr., directed Leslie Marlene Padilla to purchase the firearms. These firearms were intended for unlawful exportation from the United States into the Republic of Mexico. On the same date, Rigoberto Padilla, Jr., entered the United States from the Republic of Mexico through the Nogales, Arizona, Port of Entry

1   on foot. Later the same date Rigoberto Padilla, Jr., exited the United States, then again

2   entered the United States in a white Chevrolet Aveo (Arizona temporary tag PV10115).

3   Later the same date Rigoberto Padilla, Jr., again exited the United States and then entered

4   the United States a third time on foot.

5         On October 21, 2015, in Rio Rico, Arizona, Isaac Leonardo Padilla was

6   interviewed by law enforcement agents regarding his firearms purchases. Isaac Leonardo

7   Padilla stated that eight firearms were stolen from him after October 3, 2015. In fact,

8   Isaac Leonardo Padilla transferred these firearms (three of which - the Romarm model

9   GP WASR 7.62x39mm semiautomatic rifle, serial number 1974FD4559; the Romarm

10   model SAR-1 7.62x39mm semiautomatic rifle, serial number S1-04976-99; and Zastava

11   model N-PAP M70 7.62x39mm semiautomatic rifle, serial number N-PAP035945 - were

12   recovered in the Republic of Mexico on September 26, 2015) to Rigoberto Padilla, Jr.

13         On November 24, 2015, in Phoenix, Arizona, Abraham Bustamante purchased

14   10,080 rounds of Yugoslavian 7.62x39mm ammunition and 300 rounds of Magtech .380

15   ACP ammunition. Melchor Enrique Urquides-Tapia and Javier David Bustamante-

16   Gaytan supplied the funds used to purchase this ammunition. On the same date,

17   Abraham Bustamante, Melchor Enrique Urquides-Tapia, and Javier David Bustamante-

18   Gaytan concealed the ammunition in suitcases with the intent of unlawfully exporting it

19   from the United States into the Republic of Mexico.

20         On November 25, 2015, in Nogales, Arizona, Melchor Enrique Urquides-

21   Tapia attempted to unlawfully export the 10,080 rounds of Yugoslavian 7.62x39mm

22   ammunition and 300 rounds of Magtech .380 ACP ammunition. This ammunition was

23   concealed in suitcases and a bag inside a blue Chevrolet Malibu (Mexico license plate

24   WCL7740), which Melchor Enrique Urquides-Tapia attempted to drive from the United

25   States into the Republic of Mexico through the Nogales, Arizona, Port of Entry. Edgar

26   Vega-Barreras and Jose Verdugo-Bernal provided the direction and payment for Melchor

27   Enrique Urquides-Tapia to unlawfully export the ammunition.

28

1          On November 26, 2016, Edgar Vega-Barreras and Jose Verdugo-Bernal
2  entered the United States from the Republic of Mexico through the Nogales, Arizona,
3  Port of Entry in a silver Toyota Corolla (Mexico license plate WCL7189).
4  Approximately an hour and a half later the same date, Edgar Vega-Barreras and Jose
5  Verdugo-Bernal exited the United States in a white Saturn Ion (Arizona license plate
6  BNT4218).  Approximately two hours later the same date, Jessica Bridget Soto entered
7  the United States from the Republic of Mexico through the Nogales, Arizona, Port of
8  Entry in the same Saturn Ion.

9          On December 23, 2015, in Tucson and Phoenix, Arizona, Andrei Rene Garcia
10  and Luis Fidel Garcia purchased firearms; a Century Arms model Centurion 39 Sporter
11  7.62x39mm semiautomatic rifle, serial number C39WM-000196; and a Petronov
12  Armament (Morrissey Inc.) model AAM47 7.62x39mm semiautomatic rifle, serial
13  number AA000245.  Andrei Rene Garcia and Luis Fidel Garcia concealed these firearms
14  in Andrei Rene Garcia's residence in Tucson, Arizona.  These firearms were intended for
15  unlawful exportation from the United States into the Republic of Mexico.

16          On December 28, 2015, while in the Republic of Mexico, Luis Fidel Garcia
17  contacted Andrei Rene Garcia at his residence in Tucson, Arizona, to coordinate the
18  unlawful exportation of the Century Arms model Centurion 39 Sporter 7.62x39mm
19  semiautomatic rifle, serial number C39WM-000196; and the Petronov Armament
20  (Morrissey Inc.) model AAM47 7.62x39mm semiautomatic rifle, serial number
21  AA000245; from the United States into the Republic of Mexico.  On the same date,
22  consistent with the arrangements made by Luis Fidel Garcia, two unnamed co-
23  conspirators arrived at Andrei Rene Garcia's residence.  Andrei Rene Garcia transferred
24  possession of the firearms to these two individuals.

25          On December 29, 2015, in Phoenix, Arizona, Jessica Bridget Soto purchased
26  2,000 rounds of Wolf Gold .223 REM ammunition, 500 rounds of Armscor .22 Magnum
27  ammunition, 2,000 rounds of Magtech 9mm Luger ammunition, 2,000 rounds of WPA
28  .223 REM ammunition, 1,000 rounds of Russian 7.62x39mm ammunition, and 21,000

rounds of WPA 7.62x39mm ammunition. An unnamed co-conspirator in Nogales, Arizona, provided the direction and funds for Jessica Bridget Soto to purchase the ammunition. This ammunition was intended for unlawful exportation from the United States into the Republic of Mexico.

On January 5, 2015, in Phoenix, Arizona, Jessica Bridget Soto purchased 19,000 rounds of WPA 7.62x39mm ammunition, 1,000 rounds of WPA .223 REM ammunition, 2,000 rounds of Aguila .38 Super ammunition, 2,000 rounds of Sellier and Bellot 9mm Luger ammunition, and 2,000 rounds of Sellier and Bellot .45 ACP ammunition. This ammunition was concealed in a vehicle driven by Jessica Bridget Soto. Unnamed co-conspirators in Tucson and Nogales, Arizona, provided the direction and funds for Jessica Bridget Soto to purchase the ammunition. This ammunition was intended for unlawful exportation from the United States into the Republic of Mexico.

On January 7, 2015, in Phoenix, Arizona, Diana Marie Arreola purchased 10,000 rounds of WPA 7.62x39mm ammunition. Diana Marie Arreola transferred this ammunition to another individual with the belief that the ammunition would be unlawfully exported from the United States into the Republic of Mexico. Javier David Bustamante-Gaytan coordinated this transfer of ammunition. Diana Marie Arreola was directed to purchase the ammunition by an unnamed co-conspirator in Mexico, who also provided direction to other defendants for firearm and ammunition purchases. Law enforcement agents were able to intercept this ammunition and substitute it with false ammunition.

On January 8, 2015, in Nogales, Arizona, the false ammunition that was substituted for the 10,000 rounds of WPA 7.62x39mm ammunition was seized from an unnamed co-conspirator. Ten firearms were also seized from the same unnamed co-conspirator; a Norinco model MAK-90 Sporter 7.62x39mm semiautomatic rifle, serial number 94114075; a Romarm model GP WASR 10/63 7.62x39mm semiautomatic rifle, serial number CL-1990-76; a Romarm model M10-762 7.62x39mm semiautomatic rifle, serial number MA-10220-12; a Maadi model ARM 7.62x39mm semiautomatic rifle,

1  serial number AC0063829; a Century Arms model RAS47 7.62x39mm semiautomatic
2  rifle, serial number RAS47007535; a Romarm model Romak 991 7.62x39mm
3  semiautomatic rifle, serial number 1-04022-99; a Century Arms model Centurion 39
4  Sporter 7.62x39mm semi-automatic rifle, serial number 39NC13454; a Romarm model
5  GP WASR 10/63 7.62x39mm semi-automatic rifle, serial number 1981MK0602; a
6  Romarm model WASR 10 7.62x39mm semiautomatic rifle, serial number A1-22854-14;
7  and a Century Arms model GP1975 7.62x39mm semiautomatic rifle (bull pup), serial
8  number GP7501588. Jorge Acosta-Licerio procured these firearms and provided them to
9  an unnamed co-conspirator for unlawful exportation from the United States into the
10 Republic of Mexico. On the same date, Edgar Vega-Barreras entered the United States
11 from the Republic of Mexico.

12         On February 4, 2015, Jorge Acosta-Licerio was found in possession of four
13 firearms; a ITM Arms (Wise Lite Arms) model MK-99 7.62x39mm semiautomatic pistol,
14 serial number 0016600; a Nodak Spud model NDS-3 7.62x39mm semiautomatic rifle,
15 serial number M006145; a Romarm model Romak 991 7.62x39mm semiautomatic rifle,
16 serial number 1-00551-99; and a Zastava model N-PAP M70 7.62x39mm semiautomatic
17 rifle, serial number N-PAP006970. Jorge Acosta-Licerio procured and possessed these
18 firearms with the intent that they would be subsequently unlawfully exported from the
19 United States into the Republic of Mexico.

20         All in violation of 18 U.S.C. Section 371.

21                       **FORFEITURE ALLEGATION**

22         Upon conviction of one or more of the offenses alleged in Counts 1 through 43, 45
23 through 49, and 52 through 59 of this Indictment, the defendants, EDGAR VEGA-
24 BARRERAS, RIGOBERTO PADILLA, JR., ISAAC LEONARDO PADILLA, KAREN
25 LIZBETH PADILLA, LESLIE MARLENE PADILLA, CHRISTIAN ALEXIS
26 PADILLA, BRIANA E. MORENO-AGUILAR, EMILIO NAVARRO, ERIK
27 BARTHOLOMEW SALAZAR, GABRIELLA VICTORIA GONZALEZ, DIANA
28 MARIE ARREOLA, MELCHOR ENRIQUE URQUIDES-TAPIA, JAVIER DAVID

1  BUSTAMANTE-GAYTAN, ABRAHAM BUSTAMANTE, LUIS FIDEL GARCIA,

2  ALVARO RUBIO BELTRAN, ANDREI RENE GARCIA, IRVYING MENDOZA-

3  GONZALEZ, JESSICA BRIDGET SOTO, JOSE ALONSO VERDUGO-BERNAL, and

4  JORGE ACOSTA-LICERIO, shall forfeit to the United States:

5       a)     pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28,

6  United States Code, Section 2461(c), any property, real or personal, which constitutes or

7  is derived from proceeds traceable to a violation of Title 18, United States Code, Section

8  554 or a conspiracy to commit such offense; and

9       b)     pursuant to Title 18, United States Code, Section 924(d), and Title 28,

10  United States Code, Section 2461(c) any firearms and ammunition involved in the

11  commission of an offense in violation of Title 18, United States Code, Section 922,

12  including, but not limited to:

- Romarm model Draco 7.62x39mm semiautomatic pistol, serial number DA258814
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-21076-14
- Petronov Armament model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000482
- Petronov Armament model AAM-47UF 7.62x39mm semiautomatic rifle, serial number AA000055
- Century Arms model M70 AB2 7.62x39mm semiautomatic rifle, serial number AB206970
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-6258-13
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number 1-27919-2001
- Century Arms model Centurion 39 Sporter 7.62x39mm semiautomatic rifle, serial number C39WM-005198
- Childers Guns (Kalashnicohn) model CG-1 7.62x39mm semiautomatic rifle, serial number AM00426
- Century Arms model VZ2008 Sporter 7.62x39mm semiautomatic rifle, serial number VZ08PM-013585
- Century Arms model VZ2008 Sporter 7.62x39mm semiautomatic rifle, serial number VZ08PM-013998
- Barrett model 82A1 .50 BMG semiautomatic rifle, serial number AA003862
- Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000175
- Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000355
- Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000491
- Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000170

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000177
- Petronov Armament (Morrissey Inc.) model AAM-47 7.62x39mm semiautomatic rifle, serial number AA000178
- Spike's Tactical model ST15 .223 REM semiautomatic rifle, serial number RM-20142
- Bushmaster model Carbon 15 .223 REM semiautomatic rifle, serial number CBC011454
- Bushmaster model Carbon 15 .223 REM semiautomatic rifle, serial number BK3008322
- DPMS model A15 .223 REM semiautomatic rifle, serial number FH222682
- Zastava model N-PAP DF 7.62x39mm semiautomatic rifle, serial number NPDF000292
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-31069-14
- Zastava model M70AB2 7.62x39mm semiautomatic rifle, serial number AB2-C105663
- Inter Ordnance Inc. model Sportster AK47 7.62x39mm semiautomatic rifle, serial number S004305
- Century Arms model VZ2008 7.62x39mm semiautomatic rifle, serial number VZ08PM-012335
- Century Arms model M70AB2 7.62x39mm semiautomatic rifle, serial number AB2-C103864
- Century Arms model M70AB2 7.62x39mm semiautomatic rifle, serial number AB2-C105526
- Maadi Company model MISR 7.62x39mm semiautomatic rifle, serial number CM11811
- Romarm model M10-762 7.62x39mm semiautomatic rifle, serial number MA-20820-13
- Century Arms model M70 7.62x39mm semiautomatic rifle, serial number AB2-C106543
- Romarm model GP WASR 7.62x39mm semiautomatic rifle, serial number 1974FD4559
- Romarm model SAR-1 7.62x39mm semiautomatic rifle, serial number S1-04976-99
- Zastava model N-PAP M70 7.62x39mm semiautomatic rifle, serial number N-PAP035945
- Smith and Wesson model M&P15 5.56x45mm semiautomatic rifle, serial number SX00684
- Smith and Wesson model M&P15 5.56x45mm semiautomatic rifle, serial number SX01000
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-40034-15
- Inter Ordnance model AKM247 7.62x39mm semiautomatic rifle, serial number S002816
- Century Arms model Champion 7.62x39mm semiautomatic pistol, serial number CN-0395-07
- Zastava model N-PAP 7.62x39mm semiautomatic rifle, serial number N-PAP021283
- FEG model AMD-63 7.62x39mm semiautomatic rifle, serial number CI005197
- Smith and Wesson model M&P15 5.56x45mm semiautomatic rifle, serial number SX02287
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-21777-14
- Izmash model Saiga Sporter 7.62x39mm semiautomatic rifle, serial number H06108829

- Zastava model O-Pap 7.62x39mm semiautomatic rifle, serial number O-PAP011422
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-12909-13
- Inter Ordnance model M214 7.62x39mm semiautomatic rifle, serial number S008790
- Romarm model SAR 3 5.56x45mm semiautomatic rifle, serial number S3004901999
- Romarm model WASR-10 7.62x39mm semiautomatic rifle, serial number A1-37193-15
- Inter Ordnance model Sporter 7.62x39mm semiautomatic rifle, serial number 035842
- Inter Ordnance model M247C 7.62x39mm semiautomatic rifle, serial number S007187
- Inter Ordnance model M247C 7.62x39mm semiautomatic rifle, serial number S008966
- Inter Ordnance model M247C 7.62x39mm semiautomatic rifle, serial number S007049
- Century Arms model Centurion 39 Sporter 7.62x39mm semiautomatic rifle, serial number C39WM-000196
- Petronov Armament (Morrissey Inc.) model AAM47 7.62x39mm semiautomatic rifle, serial number AA000245
- Norinco model MAK-90 Sporter 7.62x39mm semiautomatic rifle, serial number 94114075
- Romarm model GP WASR 10/63 7.62x39mm semiautomatic rifle, serial number CL-1990-76
- Romarm model M10-762 7.62x39mm semiautomatic rifle, serial number MA-10220-12
- Maadi model ARM 7.62x39mm semiautomatic rifle, serial number AC006382
- Century Arms model RAS47 7.62x39mm semiautomatic rifle, serial number RAS47007535
- Romarm model Romak 991 7.62x39mm semiautomatic rifle, serial number 1-04022-99
- Century Arms model Centurion 39 Sporter 7.62x39mm semi-automatic rifle, serial number 39NC13454
- Romarm model GP WASR 10/63 7.62x39mm semi-automatic rifle, serial number 1981MK0602
- Romarm model WASR 10 7.62x39mm semiautomatic rifle, serial number A1-22854-14
- Century Arms model GP1975 7.62x39mm semiautomatic rifle (bull pup), serial number GP7501588
- ITM Arms (Wise Lite Arms) model MK-99 7.62x39mm semiautomatic pistol, serial number 0016600
- Nodak Spud model NDS-3 7.62x39mm semiautomatic rifle, serial number M006145
- Romarm model Romak 991 7.62x39mm semiautomatic rifle, serial number 1-00551-99
- Zastava model N-PAP M70 7.62x39mm semiautomatic rifle, serial number N-PAP006970
- 10,080 rounds of Yugoslavian 7.62x39mm ammunition
- 300 rounds of Magtech .380 ACP ammunition
- 2,000 rounds of Wolf Gold .223 REM ammunition
- 500 rounds of Armscor .22 Magnum ammunition
- 2,000 rounds of Magtech 9mm Luger ammunition
- 2,000 rounds of WPA .223 REM ammunition
- 1,000 rounds of Russian 7.62x39mm ammunition

- 21,000 rounds of WPA 7.62x39mm ammunition
- 19,000 rounds of WPA 7.62x39mm ammunition
- 1,000 rounds of WPA .223 REM ammunition
- 2,000 rounds of Aguila .38 Super ammunition
- 2,000 rounds of Sellier and Bellot 9mm Luger ammunition
- 2,000 rounds of Sellier and Bellot .45 ACP ammunition
- 10,000 rounds of WPA 7.62x39mm ammunition

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

**/ s /**
_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

**/ s /**
Assistant U.S. Attorney

Dated:   March 9, 2016

REDACTED FOR
PUBLIC DISCLOSURE

_United States of America v. Edgar Vega-Barreras, et al_
_Indictment Page 53 of 53_